*Proposed and Submitted by:*
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: 801-596-1661
Fax: 801-359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: PLAZA 106, LLC | Bankruptcy No.  25-25459 |
| | Chapter 11 |
| Debtor in Possession. | Hon. Peggy Hunt |

ORDER GRANTING AMENDED *EX PARTE* MOTION FOR ORDER AUTHORIZING
APPOINTMENT OF BRODY VALERGA AND THE LAW FIRM OF VALERGA LLP
AS SPECIAL COUNSEL FOR THE DEBTOR IN POSSESSION

---

The  Amended *Ex Parte* Motion for Order Authorizing Appointment of Brody Valerga

and the law firm of Valerga LLP as Special Counsel for the Debtor in Possession, Plaza 106,

LLC (the "Debtor") and the Chapter 11 Bankruptcy Estate, and the Amended Affidavit of

Counsel, Brody Valerga, filed therewith, came on for hearing on April 20, 2026, as scheduled by

the Court.  All appearances of counsel were made on the record.  The Court having reviewed the

Amended Motion and the Amended Affidavit as well as relying upon the statements made on the

record, and the Court, being fully advised in the pertinent facts and controlling provisions of law, and it appearing that Brody Valerga and the law firm of Valerga LLP are authorized and competent to practice law in this Court, and the Court being satisfied that Valerga and the law firm of Valerga LLP, their attorneys and employees have no adverse interest to the Debtor or to this Chapter 11 bankruptcy estate within the meaning of 11 U.S.C. 101(4), and it further appearing that the employment of Brody Valerga and the law firm of Valerga LLP as special counsel for the Debtor in all matters, including court actions, adversary proceedings, and contested matters related to Federal Rule of Civil Procedure 60 as incorporated into Bankruptcy Rule 9024, is in the best interest of the bankruptcy estate, the Debtor, creditors, and other parties in interest;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1) Valerga shall file a Disclosure of Compensation of Attorneys for Debtor forthwith.

2) The Amended *Ex Parte* Motion for Order Authorizing the Employment of Brody Valerga and the law firm of Valerga LLP as Special Counsel for the Debtor is hereby **GRANTED.**

3) The appointment of Brody Valerga and the law firm of Valerga LLP as special counsel to handle all matters, including court actions, adversary proceedings, and contested matters related to Federal Rule of Civil Procedure 60 as incorporated into Bankruptcy Rule 9024 is hereby **APPROVED** subject to the Debtor complying with the filing of the Disclosure of Compensation as required by the Court.

4) The effective date of this Order Authorizing the Employment of Brody Valerga and

the law firm of Valerga LLP as Special Counsel shall be April 8, 2026, the date the

original *ex parte* Motion was filed.

---------------END OF DOCUMENT---------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING AMENDED *EX PARTE* MOTION FOR**

**ORDER AUTHORIZING APPOINTMENT OF BRODY VALERGA AND THE LAW**

**FIRM OF VALERGA LLP AS SPECIAL COUNSEL FOR THE DEBTOR IN**

**POSSESSION** shall be served on the parties in the manner designated below:

By Electronic Service: **The parties of record in this case, as identified below as registered CM/ECF users.**

- **Michael Ronald Brown    mbrown@parsonsbehle.com**
- **Andres' Diaz    courtmail@adexpresslaw.com**
- **John S. Gygi    john.gygi@sba.gov**
- **Timothy J. Larsen    tlarsen@adexpresslaw.com**
- **James C. Lewis    jlewis@lewishansen.com, wendy@lewishansen.com**
- **Mark C. Rose    mrose@rqn.com, docket@rqn.com;asanchez@rqn.com**
- **Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com**
- **United States Trustee    USTPRegion19.SK.ECF@usdoj.gov**
- **Melinda Willden tr    melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov**

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501