B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of Utah

In re   **Plaza 106, LLC**                                                                Case No.   **25-25459**

Debtor(s)                                                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................ $   **Reasonable fees and costs as allowed by the Court**

Prior to the filing of this statement I have received ........................... $   **0.00**

Balance Due ............................................................................... $   **Reasonable fees and costs as allowed by the Court**

2.   The source of the compensation paid to me was:

☐ Debtor      ☐ Other (specify):  **No fees have been paid to special counsel**.

3.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case:

As special counsel for the Debtor and the above-captioned Chapter 11 case as to all matters related to Bankruptcy Rule 9024 which incorporates Rule 60 of the Federal Rules of Civil Procedure including all court actions, adversary proceedings and contested matters regarding the same.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 20, 2026**
*Date*

**/s/ Brody Valerga**
**Brody Valerga**
*Signature of Attorney*
Valerga LLP
**395 S. Main Street, #201**
**Alpine, UT 84004**
**(801)893-3635  Fax: (801) 396-7164**
**brody@valergalawyers.com**
*Name of law firm*