**This order is SIGNED.**

**Dated: April 29, 2026**





jas

**PEGGY HUNT**
**U.S. Bankruptcy Judge**

_Proposed and Submitted by_:
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
  _Attorneys for the Debtor in Possession_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: PLAZA 106, LLC, | Bankruptcy No. 25-25459 |
| --- | --- |
| | **Chapter 11** |
| **Debtor in Possession.** | **Hon. Peggy Hunt** |

**ORDER REGARDING THE FIRST INTERIM FEE APPLICATION FOR
ALLOWANCE AS ADMINISTRATIVE EXPENSES AND PAYMENT OF
ATTORNEY FEES AND COSTS OF DIAZ & LARSEN, COUNSEL FOR THE
DEBTOR IN POSSESSION
(SEPTEMBER 15, 2025, TO MARCH 6, 2026)**

Pursuant to 11 U.S.C. §§330 and 331 and Bankruptcy Rule 2016, Andres Diaz of the law

firm of Diaz & Larsen ("Applicant"), general counsel in the above case for the debtor and debtor

in possession, Plaza 106, LLC ("Plaza"), submitted their First Interim Fee Application For

Allowance As Administrative Expense and Payment of Attorney Fees and Costs of Diaz &

Larsen, Counsel for the Debtor in Possession (the "Application"). Parties in interest were given

until March 30, 2026, to file objections, if any, to the Application. Two objections were timely

filed, a "Partial Objection" by First Utah Bank (**Dkt. No. 78**) and a "Limited Objection" by the Acting United States Trustee (**Dkt. No. 82**).

In its Partial Objection, First Utah Bank indicated that it did not have an objection to allowance on an interim basis of any of the requested fees in the Application. *See*, Partial Objection at 1.  Rather, Fist Utah Bank requested that the Court "specifically prohibit any payment from the Bank's cash collateral absent the Bank's consent or prior authorization of this Court. *See*, Partial Objection at 2. The Debtor has agreed to resolve the Partial Objection by including a provision in this Order that prohibits the Debtor from paying for any allowed fees and costs from cash collateral absent the creditor's written consent or prior authorization of this Court (*See* paragraph 6 below).

In its Limited Objection, the UST had no objection to the requested award of $59,080.00 in attorneys fees or an award of $743.23 in costs. *See*, Limited Objection at 2, paragraphs 4 and 5.  The UST's Limited Objection centers around Applicant's request for reimbursement of $4,000.00 for costs that were paid to its expert appraiser that was hired by counsel for Plaza rather than Plaza itself.  The Debtor has agreed to resolve the Limited Objection by including a provision in this Order that allows the Applicant to withdraw its request for the $4,000.00 for costs incurred in hiring its expert appraiser as part of this Application.  Applicant reserves the right, however, to renew its request for such costs in future interim or final applications to the Court. (*See* paragraphs 3 and 4  below).

With those proposed resolutions, IT IS HEREBY ORDERED THAT:

1.      The Application is **APPROVED** in part and **DENIED** in part.

2.      Applicant is allowed, as an administrative expense, **$59,080.00** as compensation

for professional services rendered and **$743.23** for reimbursement of costs and expenses for a total of **$59,823.23** for the period from September 15, 2025, to March 6, 2026, as its first interim fee application.

3. The portion of the Application seeking approval of $4,000.00 of expenses in connection with counsel's retention of the expert appraiser is DENIED without prejudice.

4. Applicant's right to renew its request for such costs in future interim or final applications to the Court is hereby reserved.

5. Applicant is authorized to offset the balance of its prepetition retainer in the amount of **$30,847.50** against such allowed compensation and the balance of such allowance in the amount of **$28,975.73** be paid by the estate as funds become available for such payments.

6. Notwithstanding the foregoing, Debtor is prohibited from paying for any allowed fees and costs from cash collateral absent the creditor's written consent or prior authorization of this Court.

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing ORDER REGARDING THE FIRST INTERIM FEE

APPLICATION FOR ALLOWANCE AS ADMINISTRATIVE EXPENSES AND PAYMENT

OF ATTORNEY FEES AND COSTS OF DIAZ & LARSEN, COUNSEL FOR THE DEBTOR

IN POSSESSION (SEPTEMBER 15, 2025, TO MARCH 6, 2026) shall be served on the parties

in the manner designated below:

**By Electronic Service**: The parties of record in this case, as identified below as registered
CM/ECF users.

- **Michael Ronald Brown    mbrown@parsonsbehle.com**
- **Andres' Diaz    courtmail@adexpresslaw.com**
- **John S. Gygi    john.gygi@sba.gov**
- **Timothy J. Larsen    tlarsen@adexpresslaw.com**
- **James C. Lewis    jlewis@lewishansen.com, wendy@lewishansen.com**
- **Mark C. Rose    mrose@rqn.com, docket@rqn.com;asanchez@rqn.com**
- **Brian M. Rothschild    brothschild@parsonsbehle.com,
  ecf@parsonsbehle.com;docket@parsonsbehle.com**
- **United States Trustee    USTPRegion19.SK.ECF@usdoj.gov**
- **Melinda Willden tr    melinda.willden@usdoj.gov,
  Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj
  .gov;Brittany.Dewitt@usdoj.gov**

**By U.S. Mail:** In addition to the parties receiving this ORDER through the CM/ECF system, the
following party should be served this ORDER by first class mail pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501

United States Bankruptcy Court

District of Utah

In re:                                                                          Case No. 25-25459-PH

Plaza 106, LLC                                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Plaza 106, LLC, 3731 South Luchars Lane, Salt Lake City, UT 84115-5023 |
|  | + Plaza 106, LLC, 1800 Airport Road, Price, UT 84501-3609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andres' Diaz | on behalf of Debtor Plaza 106  LLC courtmail@adexpresslaw.com |
| Brian M. Rothschild | on behalf of Defendant First Utah Bank brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com |
| Brian M. Rothschild | on behalf of Defendant Michael R Brown brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com |
| Brian M. Rothschild | on behalf of Creditor First Utah Bank brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com |
| Brody Valerga | on behalf of Defendant First Utah Bank brodyvalerga@gmail.com  brodyvalerga@gmail.com |
| Brody Valerga | on behalf of Debtor Plaza 106  LLC brodyvalerga@gmail.com, brodyvalerga@gmail.com |

District/off: 1088-2                           User: admin                                   Page 2 of 2
Date Rcvd: Apr 29, 2026                        Form ID: pdfor1                               Total Noticed: 2

Brody Valerga
                          on behalf of Plaintiff Plaza 106  LLC brodyvalerga@gmail.com, brodyvalerga@gmail.com

David Adam Miller
                          on behalf of Creditor Salt Lake County Treasurer AMiller@slco.org  aphillips@saltlakecounty.gov

James C. Lewis
                          on behalf of Debtor Plaza 106  LLC jlewis@lewishansen.com, wendy@lewishansen.com

John S. Gygi
                          on behalf of Creditor U.S. Small Business Administration john.gygi@sba.gov

Mark C. Rose
                          on behalf of Creditor Unity Bank mrose@rqn.com  docket@rqn.com;asanchez@rqn.com

Melinda Willden tr
                          on behalf of U.S. Trustee United States Trustee melinda.willden@usdoj.gov
                          Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Michael Ronald Brown
                          on behalf of Creditor First Utah Bank mbrown@parsonsbehle.com

Timothy J. Larsen
                          on behalf of Debtor Plaza 106  LLC tlarsen@adexpresslaw.com

United States Trustee
                          USTPRegion19.SK.ECF@usdoj.gov


TOTAL: 15