Signed as modified by the Court.

**This order is SIGNED.**

**Dated: May 8, 2026**



**PEGGY HUNT**
**U.S. Bankruptcy Judge**



*jas*

---

*Proposed and Submitted by:*
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: 801-596-1661
Fax: 801-359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: PLAZA 106, LLC | Bankruptcy No.  25-25459<br>Chapter 11 |
| Debtor in Possession. | Hon. Peggy Hunt |

ORDER GRANTING <u>AMENDED</u> *EX PARTE* MOTION FOR ORDER
AUTHORIZING APPOINTMENT OF BRODY VALERGA AND THE LAW FIRM OF
VALERGA LLP AS SPECIAL COUNSEL FOR THE DEBTOR IN POSSESSION

---

The <u>Amended</u> *Ex Parte* Motion for Order Authorizing Appointment of Brody Valerga

and the law firm of Valerga LLP as Special Counsel for the Debtor in Possession (the

"**Amended Motion**"), ~~Plaza 106, LLC (the "Debtor") and the Chapter 11 Bankruptcy Estate,~~

~~and the <u>Amended</u> Affidavit of Counsel, Brody Valerga, filed therewith~~, came on for hearing on

April 20, 2026, as scheduled by the Court.  All appearances of counsel were made on the record.

The Court having reviewed the Amended Motion and the Amended Affidavit [Dkt. No. 94] as

well as relying upon the statements made on the record, and the Court, being fully advised in the

pertinent facts and controlling provisions of law, and it appearing that Brody Valerga and the

law firm of Valerga LLP are authorized and competent to practice law in this Court, and the

Court being satisfied that Valerga and the law firm of Valerga LLP, their attorneys and

employees have no adverse interest to the Debtor or to this Chapter 11 bankruptcy estate within

the meaning of 11 U.S.C. 101(4), and it further appearing that the employment of Brody

Valerga and the law firm of Valerga LLP as special counsel for the Debtor in all matters,

including court actions, adversary proceedings, and contested matters related to Federal Rule of

Civil Procedure 60 as incorporated into Bankruptcy Rule 9024, is in the best interest of the

bankruptcy estate, the Debtor, creditors, and other parties in interest;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1) ~~Valerga shall file a Disclosure of Compensation of Attorneys for Debtor forthwith.~~

1) The Amended *Ex Parte* Motion ~~for Order Authorizing the Employment of Brody Valerga and the law firm of Valerga LLP as Special Counsel for the Debtor~~ is ~~hereby~~ **GRANTED.**

2) The employment ~~appointment~~ of Brody Valerga and the law firm of Valerga LLP as special counsel to handle all matters, including court actions, adversary proceedings, and contested matters related to Federal Rule of Civil Procedure 60 as incorporated into Bankruptcy Rule 9024 is ~~hereby~~ **APPROVED** ~~subject to the Debtor complying with the filing of the Disclosure of Compensation as required by the Court~~.

3) The effective date of this Order ~~Authorizing the Employment of Brody Valerga and the law firm of Valerga LLP as Special Counsel~~ shall be April 8, 2026, the date the original *ex parte* Motion was filed.

----------------END OF DOCUMENT----------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING AMENDED *EX PARTE* MOTION FOR**

**ORDER AUTHORIZING APPOINTMENT OF BRODY VALERGA AND THE LAW**

**FIRM OF VALERGA LLP AS SPECIAL COUNSEL FOR THE DEBTOR IN**

**POSSESSION** shall be served on the parties in the manner designated below:


By Electronic Service: **The parties of record in this case, as identified below as registered CM/ECF users.**

- **Michael Ronald Brown     mbrown@parsonsbehle.com**
- **Andres' Diaz     courtmail@adexpresslaw.com**
- **John S. Gygi     john.gygi@sba.gov**
- **Timothy J. Larsen     tlarsen@adexpresslaw.com**
- **James C. Lewis     jlewis@lewishansen.com, wendy@lewishansen.com**
- **Mark C. Rose     mrose@rqn.com, docket@rqn.com;asanchez@rqn.com**
- **Brian M. Rothschild     brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com**
- **United States Trustee     USTPRegion19.SK.ECF@usdoj.gov**
- **Melinda Willden tr     melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov**


**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501