Signed as modified by the Court.

**This order is SIGNED.**

**Dated: May 8, 2026**



**PEGGY HUNT**
**U.S. Bankruptcy Judge**



*jas*

---

*Proposed and Submitted by:*
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: 801-596-1661
Fax: 801-359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: PLAZA 106, LLC | Bankruptcy No.  25-25459<br>Chapter 11 |
|---|---|
| Debtor in Possession. | Hon. Peggy Hunt |

ORDER GRANTING AMENDED *EX PARTE* MOTION FOR ORDER
AUTHORIZING APPOINTMENT OF BRODY VALERGA AND THE LAW FIRM OF
VALERGA LLP AS SPECIAL COUNSEL FOR THE DEBTOR IN POSSESSION

---

The  Amended *Ex Parte* Motion for Order Authorizing Appointment of Brody Valerga

and the law firm of Valerga LLP as Special Counsel for the Debtor in Possession (the

"**Amended Motion**"), Plaza 106, LLC (the "Debtor") and the Chapter 11 Bankruptcy Estate,

and the Amended Affidavit of Counsel, Brody Valerga, filed therewith, came on for hearing on

April 20, 2026, as scheduled by the Court.  All appearances of counsel were made on the record.

The Court having reviewed the Amended Motion and the Amended Affidavit [Dkt. No. 94] as

well as relying upon the statements made on the record, and the Court, being fully advised in the

pertinent facts and controlling provisions of law, and it appearing that Brody Valerga and the

law firm of Valerga LLP are authorized and competent to practice law in this Court, and the

Court being satisfied that Valerga and the law firm of Valerga LLP, their attorneys and

employees have no adverse interest to the Debtor or to this Chapter 11 bankruptcy estate within

the meaning of 11 U.S.C. 101(4), and it further appearing that the employment of Brody

Valerga and the law firm of Valerga LLP as special counsel for the Debtor in all matters,

including court actions, adversary proceedings, and contested matters related to Federal Rule of

Civil Procedure 60 as incorporated into Bankruptcy Rule 9024, is in the best interest of the

bankruptcy estate, the Debtor, creditors, and other parties in interest;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1) ~~Valerga shall file a Disclosure of Compensation of Attorneys for Debtor forthwith.~~

1) The  Amended *Ex Parte* Motion ~~for Order Authorizing the Employment of Brody Valerga and the law firm of Valerga LLP as Special Counsel for the Debtor~~ is ~~hereby~~ **GRANTED.**

2) The employment ~~appointment~~ of Brody Valerga and the law firm of Valerga LLP as special counsel to handle all matters, including court actions, adversary proceedings, and contested matters related to Federal Rule of Civil Procedure 60 as incorporated into Bankruptcy Rule 9024 is ~~hereby~~ **APPROVED** ~~subject to the Debtor complying with the filing of the Disclosure of Compensation as required by the Court~~.

3) The effective date of this Order ~~Authorizing the Employment of Brody Valerga and the law firm of Valerga LLP as Special Counsel~~ shall be April 8, 2026, the date the original *ex parte* Motion was filed.

-----------------END OF DOCUMENT-----------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING <u>AMENDED</u> *EX PARTE* MOTION FOR**

**ORDER AUTHORIZING APPOINTMENT OF BRODY VALERGA AND THE LAW**

**FIRM OF VALERGA LLP AS SPECIAL COUNSEL FOR THE DEBTOR IN**

**POSSESSION** shall be served on the parties in the manner designated below:

By Electronic Service: **The parties of record in this case, as identified below as registered CM/ECF users.**

- **Michael Ronald Brown    mbrown@parsonsbehle.com**
- **Andres' Diaz    courtmail@adexpresslaw.com**
- **John S. Gygi    john.gygi@sba.gov**
- **Timothy J. Larsen    tlarsen@adexpresslaw.com**
- **James C. Lewis    jlewis@lewishansen.com, wendy@lewishansen.com**
- **Mark C. Rose    mrose@rqn.com, docket@rqn.com;asanchez@rqn.com**
- **Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com**
- **United States Trustee    USTPRegion19.SK.ECF@usdoj.gov**
- **Melinda Willden tr    melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov**

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501

United States Bankruptcy Court

District of Utah

In re:                                           Case No. 25-25459-PH

Plaza 106, LLC                            Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

**Recip ID**             **Recipient Name and Address**
db                + Plaza 106, LLC, 3731 South Luchars Lane, Salt Lake City, UT 84115-5023
                     + Plaza 106, LLC, 1800 Airport Road, Price, UT 84501-3609

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026               Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Andres' Diaz
           on behalf of Debtor Plaza 106  LLC courtmail@adexpresslaw.com

Brian M. Rothschild
           on behalf of Defendant Michael R Brown brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
           on behalf of Defendant First Utah Bank brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
           on behalf of Creditor First Utah Bank brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com

Brody Valerga
           on behalf of Plaintiff Plaza 106  LLC brodyvalerga@gmail.com, brodyvalerga@gmail.com

Brody Valerga
           on behalf of Defendant First Utah Bank brodyvalerga@gmail.com  brodyvalerga@gmail.com

District/off: 1088-2                              User: admin                                    Page 2 of 2
Date Rcvd: May 08, 2026                          Form ID: pdfor1                                Total Noticed: 2

Brody Valerga
                    on behalf of Debtor Plaza 106  LLC brodyvalerga@gmail.com, brodyvalerga@gmail.com

David Adam Miller
                    on behalf of Creditor Salt Lake County Treasurer AMiller@slco.org  aphillips@saltlakecounty.gov

James C. Lewis
                    on behalf of Debtor Plaza 106  LLC jlewis@lewishansen.com, wendy@lewishansen.com

John S. Gygi
                    on behalf of Creditor U.S. Small Business Administration john.gygi@sba.gov

Mark C. Rose
                    on behalf of Creditor Unity Bank mrose@rqn.com  docket@rqn.com;asanchez@rqn.com

Melinda Willden tr
                    on behalf of U.S. Trustee United States Trustee melinda.willden@usdoj.gov
                    Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Michael Ronald Brown
                    on behalf of Creditor First Utah Bank mbrown@parsonsbehle.com

Timothy J. Larsen
                    on behalf of Debtor Plaza 106  LLC tlarsen@adexpresslaw.com

United States Trustee
                    USTPRegion19.SK.ECF@usdoj.gov


TOTAL: 15