Simple Hard Money, LLC
318 East Fish Hatchery Road
Mantua, Utah 84324
(801) 698-3163

# Change of Address

May 22, 2026

To:     Bankruptcy Clerk
        350 South Main, #301
        Salt Lake City, Utah 84101

Debtors Full Name:     Plaza 106, LLC
                       3731 South Luchars Lane
                       Salt Lake City, Utah 84115

EIN: 26-2095184

Case No.: 25-25459 PH

We recently moved and our address has changed from 5972 South 3650 West, Roy, Utah 84067

To

Our New Address of:
Simple Hard Money, LLC
318 East Fish Hatchery Road
Mantua, Utah 84324

Thank you,

Jeremy S. Roylance, Member / Owner

FILED US Bankruptcy Court-UT
MAY 22 2026 AM 9:00