Brody Valerga (#11789)
**VALERGA LLP**
395 S. Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Email: brodyvalerga@gmail.com
*Special Counsel for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In Re: PLAZA 106, LLC,** | **Bankruptcy No. 25-25459** <br><br> **Chapter 11** |
| **Debtor in Possession.** | **Hon. Peggy Hunt** |

**FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AS
ADMINISTRATIVE EXPENSES AND PAYMENT OF ATTORNEY FEES AND
COSTS OF BRODY VALERGA OF VALERGA LLP, SPECIAL COUNSEL FOR THE
DEBTOR-IN-POSSESSION (APRIL 8, 2026, TO MAY 22, 2026)**

Pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2016, Brody Valerga of the

law firm of Valerga LLP ("Applicant"), special counsel in the above case for the debtor and debtor

in possession, Plaza 106, LLC ("Plaza"), hereby submits this First Interim Fee Application For

Allowance As Administrative Expense and Payment of Attorney Fees and Costs of Valerga LLP

(the "Application").

**FEES SOUGHT IN FIRST INTERIM FEE APPLICATION:  $9,052.50**

**COST REIMBURSEMENT SOUGHT IN FIRST INTERIM FEE APPLICATION:**

**$350.00**

# I.  NARRATIVE SUMMARY

## A.  BACKGROUND

1.	On September 15, 2025, Plaza filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.	On April 8, 2026, Plaza filed an Ex Parte Application to Appoint Applicant as Special Counsel pursuant to 11 U.S.C. § 327(e) (Dkt. 88). After the Court directed an amended filing on April 14, 2026, Plaza filed an Amended Ex Parte Application on April 16, 2026 (Dkt. 93) with an Amended Affidavit/Declaration in Support (Dkt. 94).

3.	The Amended Application was approved on the record at the hearing held on April 20, 2026, and the Court entered an Order Granting Amended Ex Parte Motion for Order Authorizing Appointment of Brody Valerga and the Law Firm of Valerga LLP as Special Counsel for the Debtor in Possession on May 8, 2026 (Dkt. 106). The Order authorizes Applicant's appointment as special counsel for the Debtor in *all matters, including court actions, adversary proceedings, and contested matters related to Federal Rule of Civil Procedure 60 as incorporated into Bankruptcy Rule 9024*, effective as of April 8, 2026.

4.	Applicant makes this Application under §§ 330, 331 and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

5.	There is no agreement or understanding between Applicant or any other person or entity for the splitting of compensation to be received for services rendered in this case.

6.	All professional services for which compensation is requested by Applicant were performed for and on behalf of Plaza.

7.	The time period covered by the Application is from April 8, 2026, to May 22, 2026.

8.      The attorneys and paraprofessionals of Applicant in this case and their hourly

rates are:

| PROFESSIONAL | HOURLY RATE |
|---|---|
| Brody Valerga | $425.00 |

9.      The rates charged by Applicant in this case are consistent with the rates charged

to other clients for similar services including non-bankruptcy clients and are reasonable and

comparable to fees charged by other firms in the Salt Lake City, Utah, legal community for

similar services.

10.      Attached hereto as **Exhibit "A"** is the vitae of Brody Valerga showing his

qualifications and experience.

11.      To the best of Applicant's knowledge there are no other unpaid allowed

administrative expenses outstanding and owing to Applicant at this time.

### B.  APPLICANT'S SERVICE HISTORY

12.      Applicant's service history covered in this First Interim Fee Application is for the

period April 8, 2026, to May 22, 2026.

### C.  PROJECT CATEGORY NARRATIVE DESCRIPTION

13.      Project category definitions and summaries are as follows:

a.  Appointment of Counsel and Preparation of Fee Application (APP).  Applicant

reviewed.  the Ex Parte Application to Employ (Dkt. 88) and supporting Affidavit (Dkt. 89), and

after the Court's direction, the Amended Ex Parte Application (Dkt. 93) and Amended Affidavit

(Dkt. 94), each compliant with Fed. R. Bankr. P. 2014(a)(2). Applicant attended the April 20,

2026 hearing, prepared the Disclosure of Compensation under Fed. R. Bankr. P. 2016(b) (Dkt. 99), prepared revised pending orders (Dkt. 95, 98), and prepared this Application.

b. Adversary Proceeding (AP). Applicant prepared and filed the Adversary Complaint commencing Adversary Proceeding No. 26-02063 (Dkt. 1 in AP; Dkt. 97 in main case), asserting causes of action against First Utah Bank and Michael R. Brown including injunctive relief, reinstatement of the automatic stay, determination of validity, priority, and extent of lien under Fed. R. Bankr. P. 7001(2), declaratory judgment under 28 U.S.C. § 2201, and related claims. Concurrently with the Complaint, Applicant prepared and filed an Emergency Motion for Temporary Restraining Order (Dkt. 2 in AP), an Amended Motion for Temporary Restraining Order (Dkt. 3 in AP), a Motion for Preliminary Injunction (Dkt. 4 in AP), and a Motion to Expedite Hearing (Dkt. 5 in AP), seeking to enjoin a scheduled foreclosure sale pending adjudication of the lien-validity and related claims in the adversary proceeding. Applicant prepared the supporting memoranda and three pending orders (Dkt. 6, 7, 8 in AP), responded to procedural directives from the Court regarding compliance with Fed. R. Bankr. P. 7065 and Local Rules, attended the April 20, 2026 hearing on the Amended TRO Motion, and analyzed Defendants' 45-page Objection (Dkt. 9 in AP). Results obtained: The Court denied the request for temporary restraining order relief in part by Order entered May 8, 2026 (Dkt. 12 in AP). Notwithstanding the partial denial of TRO relief, the adversary proceeding remains pending and the Debtor's claims for declaratory relief, determination of lien validity, and related causes of action continue toward resolution on the merits.

14. The Applicant's services are set forth in detail in Exhibits B1–B2.

## II.  ITEMIZATION OF SERVICES RENDERED

### A.  TOTAL COMPENSATION

15. The reasonable valuation of services rendered by Applicant as special counsel for Plaza in this case between April 8, 2026, and May 22, 2026, is $9,052.50.

16. The sum of $9,052.50 in attorney fees is based upon the detailed attached spreadsheets (see Exhibits "B1-B2" for an exact breakdown of services rendered).

## B. COMPENSATION BY CATEGORY

17. Appointment of Counsel/Fee Application (APP) – 3.40 hours totaling $1,445.00.

18. Adversary Proceeding (AP) – 17.70 hours totaling $7,607.50.

TOTAL:                                                                    **$9,052.50**

## C. TOTAL COSTS

19. In addition to the foregoing fees, Applicant has incurred costs of $350.00 for the adversary proceeding filing fee.

20. In conjunction with this Fee Application, Negendra Prasad Reddy has filed: Declaration of Nagendra Prasad Reddy in Support of First Interim Fee Application of Brody Valerga of Valerga LLP, Special Counsel for the Debtor in Possession ("Reddy Declaration"). In the Reddy Declaration, Mr. Reddy commits to make an unconditional capital contribution of $10,000 to cover the compensation requested in this Fee Application.

**WHEREFORE,** for the period of April 8, 2026, through May 22, 2026, Applicant requests an allowance of **$9,052.50** as compensation for professional services rendered and **$350.00** for reimbursement of costs and expenses, for a total of **$9,402.50** as administrative expenses of the estate under 11 U.S.C. §§ 330, 331, and 503(b), with payment to be made from the capital contribution of Nagendra Prasad Reddy.

DATED this 28th day of May 2026.                    **VALERGA LLP**
                                                    By: /s/ Brody Valerga
                                                    *Special Counsel for the Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May 2026, a true and correct copy of the foregoing **FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AS ADMINISTRATIVE EXPENSE AND PAYMENT OF ATTORNEY'S FEES AND COSTS OF VALERGA LLP, SPECIAL COUNSEL FOR DEBTOR IN POSSESSION (APRIL 8, 2026, TO MAY 22, 2026)** was delivered to the following via ECF:

- Michael Ronald Brown — mbrown@parsonsbehle.com

- Andres' Diaz — courtmail@adexpresslaw.com

- John S. Gygi — john.gygi@sba.gov

- Timothy J. Larsen — tlarsen@adexpresslaw.com

- James C. Lewis — jlewis@lewishansen.com; wendy@lewishansen.com

- David L. Miller — dmiller@slco.org (Salt Lake County Treasurer)

- Mark C. Rose — mrose@rqn.com; docket@rqn.com; asanchez@rqn.com

- Brian M. Rothschild — brothschild@parsonsbehle.com; ecf@parsonsbehle.com; docket@parsonsbehle.com

- United States Trustee — USTPRegion19.SK.ECF@usdoj.gov

- Melinda Willden, tr — melinda.willden@usdoj.gov

I further certify that on this 28th day of May 2026, I caused a true and correct copy of the foregoing **FIRST INTERIM FEE APPLICATION** to be mailed by first-class U.S. Mail, postage prepaid, or as otherwise indicated, to each of the parties listed on the Matrix attached to the original only of this document.

/s/ Brody Valerga

Label Matrix for local noticing
1088-2
Case 25-25459
District of Utah
Salt Lake City
Thu May 28 11:03:21 MDT 2026

Ana Paulita and Santos Fucun Juarez
125 Main Street, 3rd Floor
Flemington, NJ 08822-1692

Bonnie M. Weir, Esq.
The Weir Law Firm, LLC
1170 US Highway 22 East, Ste. 205
Bridgewater, NJ 08807-2928

Michael Ronald Brown
Parsons Behle & Latimer
201 S. Main Street
Suite 1800
Salt Lake City, UT 84111-2218

CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Carbon County Treasurer
751 East 100 North
Suite #1100
Price, UT 84501-2752

CenCom.com, Inc.
8525 120th Ave. NE, Ste. 222
Kirkland, WA 98033-5811

Coffee Bono, LLC
894 East 3900 South, Ste. D
Salt Lake City, UT 84107-2447

Davids Flowers, LLC
4 Mine Street
Flemington, NJ 08822-1516

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

(p)FIRST UTAH BANK
115 EAST 1300 SOUTH
SUITE200
SALT LAKE CITY UTAH 84115-5472

First Utah Bank
c/o Michael R. Brown
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111-2218

Flemington Borough
38 Park Avenue
Flemington, NJ 08822-1396

John S. Gygi
125 South State
Room 2227
Salt Lake City, UT 84138-1195

IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kervin Diaz
2 Mine Steet Apt. 2
Flemington, NJ 08822-1516

Kervin Diaz
2 Mine Street Apt. 1
Flemington, NJ 08822-1516

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

James C. Lewis
Lewis Hansen Waldo Pleshe Flanders LLC
230 South 500 East
Suite 380
Salt Lake City, UT 84102-2074

Michael Brown
Parsons Behle Latimer
201 South Main #1800
Salt Lake City, UT 84111-2218

David Adam Miller
Salt Lake County Dist. Attorney's Office
35 East 500 South
Salt Lake City, UT 84111-3200

MunchKart, LLC and Makam, LLC
894 East 3900 South, Suite B
Salt Lake City, UT 84107-2485

Oliver Fire Protection
501 Feheley Drive
King of Prussia, PA 19406-2611

Plaza 106, LLC
3731 South Luchars Lane
Salt Lake City, UT 84115-5023

Quisqueya Enterprises, LLC
Yesenia Rodriguez
2042 W Washington St
Apt A
Allentown PA 18104-4061

(p)MARK C ROSE
RAY QUINNEY & NEBEKER P C
KEY BANK TOWER
36 S STATE ST STE 1400
SALT LAKE CITY UT 84111-1451

Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111-2218

Salt Lake Commissary
894 East 3900 South, Suite C
Salt Lake City, UT 84107-2485

Salt Lake County Treasurer
2001 South State Street
#N1200
Salt Lake City, UT 84190-0001

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 South State Street #N1-200
PO Box 144575
Salt Lake City, UT 84114-4575

Simple HM, LLC
1393 Turnberry Drive
Syracuse, UT 84075-6848

Simple Hard Money, LLC
318 East Fish Hatchery Road
Mantua, Utah 84324-4413

U.S. Small Business Administration
Utah District Office
125 South State St, Room 2227
Salt Lake City, UT 84138-1195

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

U.S. Small Business Administration
c/o District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

US SBA-Office of District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

(p)UNITY BANK
ATTN NYLBA QUINONES
64 OLD HIGHWAY 22
CLIFTON NJ 08809-1386

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134-9000

Brody Valerga
Valerga LLP
395 S Main St
Suite 201
Alpine, UT 84004-2050

Valor & Veteran, LLC
894 East 3900 South, Sutie A
Salt Lake City, UT 84107

Melinda Willden tr
US Trustees Office
Washington Federal Bank Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Utah Bank
3826 South 2300 East
Salt Lake City, UT 84109

Mark C. Rose
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

(d)Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Utah Bank

(u)Simple Hard Money LLC

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43

**EXHIBIT "A":  VITAE OF BRODY VALERGA**



Mr. Brody Valerga is the founding attorney of Valerga LLP, a litigation firm based in Alpine, Utah. He maintains an active civil litigation practice in Utah's state and federal courts, with subject-matter concentrations in commercial litigation, debt collection and creditor rights, commercial lending, and bankruptcy-related contested matters and adversary proceedings.

Mr. Valerga received a Bachelor of Arts in Linguistics, with a minor in Italian, from Brigham Young University in 2004, graduating *cum laude* with the benefit of an academic scholarship. He received his Juris Doctor from the J. Reuben Clark Law School at Brigham Young University in 2006, where he was the recipient of a merit scholarship, a member of the Trial Advocacy Team, an Associate Editor of the Education Law Journal, and a Student Body Representative.

Mr. Valerga has been a member of the Utah State Bar since October 2007 (Bar No. 11789) and is also admitted to practice in the State of Nevada. He is admitted to practice before the United States District Court for the District of Utah and, by extension, the United States Bankruptcy Court for the District of Utah.

Mr. Valerga began his legal career in October 2007 as a litigation attorney at Bennett & DeLoney, P.C., in Salt Lake City, handling collections and courtroom matters. In March 2009, he founded what is today Valerga LLP and has continuously maintained an active civil litigation and trial practice since that time. From August 2017 through July 2018, he served as a litigation attorney in the retail and commercial collections department of Gurstel Law Firm, P.C., in Salt Lake City. From July 2018 through December 2021, he served as Managing Attorney of the retail and commercial collections department of Machol & Johannes in American Fork, Utah, supervising a litigation team handling high-volume collections matters across multiple Utah judicial districts.

Mr. Valerga's current practice spans civil litigation, commercial litigation, debt collection, commercial lending transactions, and bankruptcy-related contested matters and adversary proceedings. He regularly appears in matters across multiple Utah judicial districts and coordinates on multi-jurisdictional matters with out-of-state co-counsel. His practice reflects sustained engagement with the Utah Rules of Civil Procedure, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

Mr. Valerga is fluent in Italian and proficient in Spanish. He serves on the Collection Section Board as Secretary.

**EXHIBIT "B1":  CH 11 — APP**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|------|------|-------|-------|----------|------|--------|
| APP | 4/8/2026 | BV | Reviewed initial Ex Parte Application to Employ Brody Valerga as Special Counsel and supporting Affidavit/Declaration (Dkt. 88, 89); reviewed pending order (Dkt. 90); consultation with client representative. | 0.50 | $425.00 | $212.50 |
| APP | 4/16/2026 | BV | Reviewed and revised Amended Ex Parte Application to Employ and Amended Affidavit/Declaration (Dkt. 93, 94) addressing Court's directives regarding Fed. R. Bankr. P. 2014(a)(2) and §§ 330/331 payment-approval language; prepared revised pending order (Dkt. 95); consultation with client representative. | 0.50 | $425.00 | $212.50 |
| APP | 4/20/2026 | BV | Reviewed Disclosure of Compensation of Attorney for Debtor (Dkt. 99) pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b); prepared revised pending order (Dkt. 98) | 0.30 | $425.00 | $127.50 |
| APP | 5/5/2026 | BV | Reviewed entered Order Granting Amended Ex Parte Motion (Dkt. 106); confirmed scope of authorization and effective date of April 8, 2026 | 0.10 | $425.00 | $42.50 |
| APP | 5/22/2026 | BV | Prepared First Interim Fee Application: narrative summary, project category descriptions, billing exhibits, certificate of service | 2.00 | $425.00 | $425.00 |
| | | | **Total APP** | **3.40** | | **$1,445.00** |

**EXHIBIT "B2":  CH 11 — AP (ADVERSARY PROCEEDING)**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| AP | 4/15/2026 | BV | Initial review and analysis of First Utah Bank Motion for Relief from Stay record (Dkt. 9), the Court's March 2, 2026 Order Granting in Part RFS (Dkt. 54), and the April 7, 2026 ruling denying Rule 59(e) motion (Dkt. 86); research re available causes of action against First Utah Bank and Michael R. Brown; phone call with client; Begin draft of Adversary Complaint; TRO and Injunction and proposed orders. | 3.20 | $425.00 | $1,360.00 |
| AP | 4/16/2026 | BV | Legal research re jurisdiction, lien-validity claims under 11 U.S.C. § 506 and Bankruptcy Rule 7001(2), declaratory judgment under 28 U.S.C. § 2201, and injunctive relief in adversary proceedings under Fed. R. Bankr. P. 7001(7) and 7065; further review of drafts and revisions; begin drafting propsed orders. | 3.10 | $425.00 | $1317.50 |
| AP | 4/17/2026 | BV | Review of Issues and consultation with client; Review and Revise draft of Adversary Complaint against First Utah Bank and Michael R. Brown (Dkt. 1 in AP / Dkt. 97 main case): five causes of action including injunctive relief, reinstatement of stay, validity/priority/extent of lien, declaratory judgment, and related claims (19 pages); final review; | 1.80 | $425.00 | $765.00 |
| AP | 4/17/2026 | BV | Review and revise draft for Temporary Restraining Order (Dkt. 2) (15 pages) to enjoin scheduled foreclosure sale, with supporting memorandum addressing Fed. R. Civ. P. 65 standards as incorporated by Fed. R. Bankr. P. 7065; final review and file | 1.20 | $425.00 | $510.00 |
| AP | 4/17/2026 | BV | Drafted Amended Motion for Temporary Restraining Order (Dkt. 3) (16 pages) addressing procedural compliance and supporting factual record | .80 | $425.00 | $340.00 |
| AP | 4/17/2026 | BV | Drafted Motion for Preliminary Injunction (Dkt. 4) (16 pages) and Motion to Expedite Hearing (Dkt. 5) (5 pages) | .90 | $425.00 | $382.50 |
| AP | 4/17/2026 | BV | paid $350 filing fee via Pay.gov; obtained issuance of summons; coordinated electronic service on First Utah Bank and Michael R. Brown | 1.00 | $425.00 | $425.00 |
| AP | 4/17/2026 | BV | Reviewed Court's unsigned order rejecting initial pending order (Dkt. 8) for non-compliance with Fed. R. Bankr. P. 7065 / Fed. R. Civ. P. 65(b)(1), Local Rules 9013-1(m) and (n), 9021-1(c), and electronic service requirements; analyzed required cure | 0.30 | $425.00 | $127.50 |
| AP | 4/19/2026 | BV | Reviewed and analyzed First Utah Bank and Michael R. Brown's 45-page Objection (Dkt. | 1.00 | $425.00 | $425.00 |

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | 9) including Exhibits A (Recorded Notice of Default), B (Proof of Publication), C (Affidavit of Mailing Notice), and D (Proof of Postings); research re foreclosure sale procedural defenses | | | |
| AP | 4/20/2026 | BV | Preparation for and attendance at hearing on Amended TRO Motion; presented argument on Fed. R. Bankr. P. 7065 standards, irreparable harm, and likelihood of success on lien-validity claims | 2.60 | $425.00 | $1,105.00 |
| AP | 4/22/2026 | BV | Reviewed pending order submitted by opposing counsel (Dkt. 11); analysis re objection or endorsement options | 0.20 | $425.00 | $85.00 |
| AP | 5/4/2026 | BV | Reviewed Court's unsigned orders rejecting pending orders at Dkt. 6 and 7; analyzed Court's directive requiring Rule 65(a)(1) notice and hearing before consideration of preliminary injunction; research re procedural cure | 0.30 | $425.00 | $127.50 |
| AP | 5/8/2026 | BV | Reviewed Order Denying in Part Plaintiff's Amended Emergency Motion for TRO and Preliminary Injunction (Dkt. 12); analyzed implications for remaining causes of action and strategy for next phase of AP litigation | 0.50 | $425.00 | $212.50 |
| AP | 5/11/2026 | BV | Conferences with client representative regarding case posture, remaining adversary claims (lien validity, declaratory relief, and related claims), and coordination with main case plan and confirmation issues | 1.00 | $425.00 | $425.00 |
| | | | **Total AP** | **17.90** | | **$7,607.50** |

## EXHIBIT "B" SUMMARY

| Category | Hours | Amount |
|---|---|---|
| APP — Appointment of Counsel and Preparation of Fee Application | 3.40 | $1,445.00 |
| AP — Adversary Proceeding | 17.90 | $7,607.50 |
| **TOTAL** | **21.30** | **$9,052.50** |

## EXHIBIT "C":  CH 11 — COSTS

| Date | Description | Amount |
|---|---|---|
| 4/17/2026 | Filing Fee - Adversary Proceeding (Pay.gov) | $350.00 |
| | **Total Costs** | **$350.00** |