Brody Valerga (#11789)
**VALERGA LLP**
395 S. Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Email: brodyvalerga@gmail.com
*Special Counsel for the Debtor in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: | Bankruptcy No. 25-25459 |
|---|---|
| **PLAZA 106, LLC,** | **Chapter 11** |
| **Debtor in Possession.** | **Hon. Peggy Hunt** |

### DECLARATION OF NAGENDRA PRASAD REDDY IN SUPPORT OF
### FIRST INTERIM FEE APPLICATION OF BRODY VALERGA OF
### VALERGA LLP, SPECIAL COUNSEL FOR THE DEBTOR IN
### POSSESSION

I, Nagendra Prasad Reddy, declare as follows:

1.  I am the Managing Member of Plaza 106, LLC ("Plaza 106" or the "Debtor"), the debtor in possession in the above-captioned Chapter 11 case. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.  I submit this Declaration in support of the First Interim Fee Application for Allowance as Administrative Expenses and Payment of Attorney Fees and Costs of Valerga LLP ("Special Counsel") (the "Fee Application"), filed on May 12, 2026.

3.  The Fee Application seeks allowance of $9,052.50 in professional fees and $350.00 in costs, totaling $9,402.50, for services rendered as special counsel for the Debtor in Possession during the period of April 8, 2026, through May 12, 2026.

### CAPITAL CONTRIBUTION COMMITMENT

4.  The Debtor's estate presently has limited liquid funds available to pay administrative expenses. I am aware that the ability of the estate to compensate its professionals directly affects the Debtor's ability to prosecute meritorious claims in the pending adversary proceeding, Adversary Proceeding No. 26-02063, and to pursue confirmation of a plan of reorganization.

5.  To ensure that the estate is able to satisfy the administrative expenses sought in the Fee Application, I hereby commit, in my individual capacity and from my personal funds, to make an unconditional, irrevocable capital contribution to Plaza 106, LLC in the amount of **$10,000.00** (the "Contribution"), to be deposited into the Debtor's operating account upon entry of an order by this Court allowing the fees and costs sought in the Fee Application.

### CHARACTERIZATION AND TERMS OF CONTRIBUTION

6.  The Contribution is an unconditional capital contribution to the Debtor. It is **not a loan** and does not give rise to any claim against the estate of any kind or character, including without limitation

any administrative expense claim, any general unsecured claim, any priority claim, any secured claim, or any equity interest beyond my existing membership interest in Plaza 106.

7.  I irrevocably waive any and all rights to repayment, reimbursement, restitution, subrogation, or any other form of recovery from the estate or any successor thereto on account of the Contribution.

8.  The Contribution is not conditioned upon any particular use of funds by the estate, any specific outcome in this case or in the adversary proceeding, or any other future event. Once deposited, the contributed funds shall be property of the estate and subject to the jurisdiction and control of this Court.

9.  I do not seek and will not assert any additional membership interest, equity interest, priority return, or preferential treatment in Plaza 106 by virtue of the Contribution.

### PURPOSE AND GOOD FAITH

10. I am making this Contribution in good faith, to ensure that the Debtor's estate can meet its administrative obligations and continue to prosecute its claims in the adversary proceeding, which I believe are meritorious and in the best interests of the estate and its creditors.

11. I am prepared to make additional capital contributions in the future as may be necessary to fund the ongoing costs of the adversary proceeding and the administration of this estate, subject to my financial ability to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th of May, 2026, at Salt Lake City, Utah.

*Prasad Reddy*
_____

Nagendra Prasad Reddy
Managing Member, Plaza 106, LLC
*(In his individual capacity)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of May 2026, a true and correct copy of the foregoing

**DECLARATION OF NAGENDRA PRASAD REDDY IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF Brody Valerga of VALERGA LLP, SPECIAL COUNSEL FOR THE DEBTOR IN POSSESSION** was delivered to the following via ECF:

- Michael Ronald Brown — mbrown@parsonsbehle.com

- Andres' Diaz — courtmail@adexpresslaw.com

- John S. Gygi — john.gygi@sba.gov

- Timothy J. Larsen — tlarsen@adexpresslaw.com

- James C. Lewis — jlewis@lewishansen.com; wendy@lewishansen.com

- David L. Miller — dmiller@slco.org (Salt Lake County Treasurer)

- Mark C. Rose — mrose@rqn.com; docket@rqn.com; asanchez@rqn.com

- Brian M. Rothschild — brothschild@parsonsbehle.com; ecf@parsonsbehle.com; docket@parsonsbehle.com

- United States Trustee — USTPRegion19.SK.ECF@usdoj.gov

- Melinda Willden, tr — melinda.willden@usdoj.gov

I further certify that on this 28th day of May 2026, I caused a true and correct copy of the foregoing **FIRST INTERIM FEE APPLICATION** to be mailed by first-class U.S. Mail, postage prepaid, or as otherwise indicated, to each of the parties listed on the Matrix attached to the original only of this document.

/s/ Brody Valerga

Label Matrix for local noticing
1088-2
Case 25-25459
District of Utah
Salt Lake City
Thu May 28 11:03:21 MDT 2026

Ana Paulita and Santos Secup Juarez
125 Main Street, 3rd Floor
Flemington, NJ 08822-1692

Bonnie M. Weir, Esq.
The Weir Law Firm, LLC
1170 US Highway 22 East, Ste. 205
Bridgewater, NJ 08807-2928

Michael Ronald Brown
Parsons Behle & Latimer
201 S. Main Street
Suite 1800
Salt Lake City, UT 84111-2218

CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Carbon County Treasurer
751 East 100 North
Suite #1100
Price, UT 84501-2752

CenCom.com, Inc.
8525 120th Ave. NE, Ste. 222
Kirkland, WA 98033-5811

Coffee Bono, LLC
894 East 3900 South, Ste. D
Salt Lake City, UT 84107-2447

Davids Flowers, LLC
4 Mine Street
Flemington, NJ 08822-1516

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

(p)FIRST UTAH BANK
115 EAST 1300 SOUTH
SUITE200
SALT LAKE CITY UTAH 84115-5472

First Utah Bank
c/o Michael R. Brown
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111-2218

Flemington Borough
38 Park Avenue
Flemington, NJ 08822-1396

John S. Gygi
125 South State
Room 2227
Salt Lake City, UT 84138-1195

IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kervin Diaz
2 Mine Steet Apt. 2
Flemington, NJ 08822-1516

Kervin Diaz
2 Mine Street Apt. 1
Flemington, NJ 08822-1516

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

James C. Lewis
Lewis Hansen Waldo Pleshe Flanders LLC
230 South 500 East
Suite 380
Salt Lake City, UT 84102-2074

Michael Brown
Parsons Behle Latimer
201 South Main #1800
Salt Lake City, UT 84111-2218

David Adam Miller
Salt Lake County Dist. Attorney's Office
35 East 500 South
Salt Lake City, UT 84111-3200

MunchKart, LLC and Makam, LLC
894 East 3900 South, Suite B
Salt Lake City, UT 84107-2485

Oliver Fire Protection
501 Feheley Drive
King of Prussia, PA 19406-2611

Plaza 106, LLC
3731 South Luchars Lane
Salt Lake City, UT 84115-5023

Quisqueya Enterprises, LLC
Yesenia Rodriguez
2042 W Washington St
Apt A
Allentown PA 18104-4061

(p)MARK C ROSE
RAY QUINNEY & NEBEKER P C
KEY BANK TOWER
36 S STATE ST STE 1400
SALT LAKE CITY UT 84111-1451

Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111-2218

Salt Lake Commissary
894 East 3900 South, Suite C
Salt Lake City, UT 84107-2485

Salt Lake County Treasurer
2001 South State Street
#N1200
Salt Lake City, UT 84190-0001

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 South State Street #N1-200
PO Box 144575
Salt Lake City, UT 84114-4575

Simple HM, LLC
1393 Turnberry Drive
Syracuse, UT 84075-6848

Simple Hard Money LLC
318 East Fish Hatchery Road
Mantua, Utah 84324-4413

U.S. Small Business Administration
Utah District Office
125 South State St, Room 2227
Salt Lake City, UT 84138-1195

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

U.S. Small Business Administration
c/o District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

US SBA-Office of District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

(p)UNITY BANK
ATTN NYLBA QUINONES
64 OLD HIGHWAY 22
CLIFTON NJ 08809-1386

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134-9000

Brody Valerga
Valerga LLP
395 S Main St
Suite 201
Alpine, UT 84004-2050

Valor & Veteran, LLC
894 East 3900 South, Sutie A
Salt Lake City, UT 84107

Melinda Willden tr
US Trustees Office
Washington Federal Bank Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Utah Bank
3826 South 2300 East
Salt Lake City, UT 84109

Mark C. Rose
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

(d)Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Utah Bank

(u)Simple Hard Money LLC

End of Label Matrix
Mailable recipients   41
Bypassed recipients    2
Total                 43