SIM GILL (Utah Bar No. 6389)
SALT LAKE COUNTY DISTRICT ATTORNEY
Bradley Johnson (Utah Bar No. 10638)
Deputy District Attorney
Office of the Salt Lake County District Attorney
35 East 500 South
Salt Lake City, UT 84111
Telephone: (385) 468-7774
E-mail: bcjohnson@saltlakecounty.gov

*Attorney for Salt Lake County Treasurer*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Plaza 106, LLC,<br><br><br>                          Debtor. | [**Filed Electronically**]<br><br>Bankruptcy No. 25-25459<br><br>Chapter 11<br><br>Judge: Peggy Hunt |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Bradley C. Johnson

is giving notice to the court and the parties of his substitution of counsel in this matter for the Salt

Lake County Treasurer.

Pursuant to Bankruptcy Rules 2002(g), 3017(a) and 9007, the undersigned requests that an

entry be made on the Clerk's Matrix in this case and that all notices, given or required to be given,

and all documents, served or required to be given, be served upon:

BRADLEY JOHNSON
Deputy District Attorney
35 East 500 South
Salt Lake City, Utah 84114-4575
bcjohnson@saltlakecounty.gov

Filed:  6/2/2026

DATED this 2nd day of June, 2026.

SIM GILL
Salt Lake District Attorney


/s/ Bradley Johnson
BRADLEY JOHNSON
Deputy District Attorney


CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL, was delivered as noted below, to the following this 2nd day of June, 2026.

Melinda Willden, Trustee
(Received Electronically)


Andres' Diaz
Timothy J. Larsen
James C. Lewis
Brody Valerga
Attorneys for Debtor
(Received Electronically)


/s/ Cathy Baker
Paralegal


Filed:  6/2/2026