# Plaza 106 LLC DIP

## Profit and Loss

September 1, 2025-May 31, 2026

| | SEP 2025 | OCT 2025 | NOV 2025 | DEC 2025 | JAN 2026 | FEB 2026 | MAR 2026 | APR 2026 | MAY 2026 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| 100 Income | | | | | | | | | | |
| 101 Rent Income | 1,945.79 | 40,410.00 | 30,950.00 | 48,330.00 | 33,690.00 | 44,170.00 | 34,650.00 | 36,172.00 | 10,110.00 | 280,427.79 |
| 102 CAM Income | | 7,150.00 | 7,515.50 | 6,650.00 | 6,650.00 | 6,650.00 | 6,650.00 | 5,635.00 | | 46,900.50 |
| 103 Late Fee Income | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | 6,000.00 |
| 104 Interest Income | | 0.04 | 0.36 | 0.39 | 0.33 | 1,763.20 | 0.60 | 0.70 | 0.52 | 1,766.14 |
| **Total for 100 Income** | **1,945.79** | **48,560.04** | **39,465.86** | **55,980.39** | **41,340.33** | **53,583.20** | **42,300.60** | **41,807.70** | **10,110.52** | **$335,094.43** |
| **Total for Income** | **1,945.79** | **48,560.04** | **39,465.86** | **55,980.39** | **41,340.33** | **53,583.20** | **42,300.60** | **41,807.70** | **10,110.52** | **$335,094.43** |
| **Gross Profit** | **1,945.79** | **48,560.04** | **39,465.86** | **55,980.39** | **41,340.33** | **53,583.20** | **42,300.60** | **41,807.70** | **10,110.52** | **$335,094.43** |
| **Expenses** | | | | | | | | | | |
| 231 Utilities | | **4,229.25** | **2,083.67** | **5,037.65** | **3,063.01** | **2,869.23** | **646.81** | **4,526.06** | **256.28** | **$22,711.96** |
| 232 Repairs & Maintenance | | | | | 850.00 | 300.00 | | | | 1,150.00 |
| 233 Insurance | | 6,531.00 | 1,871.00 | | 1,896.00 | | | | 1,873.00 | 12,171.00 |
| 234 Interest Paid | | 5,638.84 | 4,000.00 | 7,324.22 | | 11,355.40 | 5,499.61 | 5,651.31 | 5,591.01 | 45,060.39 |
| 235 Bank Charges | 20.00 | 9.95 | 15.00 | 15.00 | | 24.99 | 15.00 | 15.00 | 35.45 | 150.39 |
| 236 Dues & Subscriptions | | | | | | 570.00 | | | | 570.00 |
| 237 Legal & Professional Fees | 131.98 | | 1,376.99 | | | | | | | 1,508.97 |
| 238 Property Tax | | | | | 18,218.44 | | | | | 18,218.44 |
| 239 NJ Property Escrow | | 7,533.39 | | 4,682.30 | | 4,682.30 | 2,341.15 | 2,341.15 | 2,341.15 | 23,921.44 |
| 245 Ch 11 Expenses | | | 250.00 | | | 439.00 | | | | 689.00 |
| **Total for Expenses** | **151.98** | **23,942.43** | **9,596.66** | **17,059.17** | **24,027.45** | **20,240.92** | **8,502.57** | **12,533.52** | **10,096.89** | **$126,151.59** |
| **Net Operating Income** | **1,793.81** | **24,617.61** | **29,869.20** | **38,921.22** | **17,312.88** | **33,342.28** | **33,798.03** | **29,274.18** | **13.63** | **$208,942.84** |
| **Net Income** | **1,793.81** | **24,617.61** | **29,869.20** | **38,921.22** | **17,312.88** | **33,342.28** | **33,798.03** | **29,274.18** | **13.63** | **$208,942.84** |

# Plaza 106 LLC DIP

## Balance Sheet

As of May 31, 2026

| | SEP 2025 | OCT 2025 | NOV 2025 | DEC 2025 | JAN 2026 | FEB 2026 | MAR 2026 | APR 2026 | MAY 2026 |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Current Assets | | | | | | | | | |
| Bank Accounts | | | | | | | | | |
| 310 Chase_2623 | 40,925.79 | 46,954.00 | 53.42 | 13,552.07 | 5,373.06 | 1,561.14 | 629.98 | 1,339.57 | 425.49 |
| 320 Chase_8123 | 158.75 | 20,253.90 | 56,361.31 | 43,092.02 | 33,604.23 | 40,289.74 | 84,783.67 | 101,514.69 | 3.02 |
| 330 Chase_1689 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 340 Chase_0913 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 350 FirstUtha_0565 | 12,341.52 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 360 UnityBK_2118 | 7,853.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Bank Accounts** | **61,279.65** | **67,307.90** | **56,514.73** | **56,744.09** | **39,077.29** | **41,950.88** | **85,513.65** | **102,954.26** | **528.51** |
| Accounts Receivable | | | | | | | | | |
| Accounts receivable | 104,250.00 | 121,960.00 | 125,460.00 | 143,170.00 | 158,880.00 | 168,398.01 | 138,345.00 | 130,042.00 | 130,042.00 |
| **Total for Accounts Receivable** | **104,250.00** | **121,960.00** | **125,460.00** | **143,170.00** | **158,880.00** | **168,398.01** | **138,345.00** | **130,042.00** | **130,042.00** |
| Other Current Assets | | | | | | | | | |
| 370 Retainer in Trust — Diaz & Larsen (Estate Asset) | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 |
| **Total for Other Current Assets** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** |
| **Total for Current Assets** | **196,377.15** | **220,115.40** | **212,822.23** | **230,761.59** | **228,804.79** | **241,196.39** | **254,706.15** | **263,843.76** | **161,418.01** |
| Fixed Assets | | | | | | | | | |
| 380 Fixed Assets | | | | | | | | | |
| 381 UT_Millcreek Building | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 |
| 382 NJ_125 Main Street | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 |
| 383 UT_Price Building | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 |
| **Total for 380 Fixed Assets** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** |
| **Total for Fixed Assets** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** |
| **Total for Assets** | **6,396,377.15** | **6,420,115.40** | **6,412,822.23** | **6,430,761.59** | **6,428,804.79** | **6,441,196.39** | **6,454,706.15** | **6,463,843.76** | **6,361,418.01** |

# Plaza 106 LLC DIP

## Balance Sheet

As of May 31, 2026

| | SEP 2025 | OCT 2025 | NOV 2025 | DEC 2025 | JAN 2026 | FEB 2026 | MAR 2026 | APR 2026 | MAY 2026 |
|---|---|---|---|---|---|---|---|---|---|
| Liabilities and Equity | | | | | | | | | |
| Liabilities | | | | | | | | | |
| Current Liabilities | | | | | | | | | |
| Accounts Payable | | | | | | | | | |
| Accounts payable | 131.98 | 131.98 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 |
| **Total for Accounts Payable** | **131.98** | **131.98** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** |
| Other Current Liabilities | | | | | | | | | |
| 420 Prepetition Unsecured Claims | | | | | | | | | |
| 425 Utah Eviction Law | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 |
| 421 The Weir Law Firm LLC | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 |
| 422 CenCom.com, Inc. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| 423 Flemington Borough | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 |
| 424 Oliver Fire Protection | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 |
| **Total for 420 Prepetition Unsecured Claims** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** |
| Prepetition Secured — Property Taxes | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 |
| **Total for Other Current Liabilities** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** |
| **Total for Current Liabilities** | **176,510.75** | **176,510.75** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** |

# Plaza 106 LLC DIP

## Balance Sheet

### As of May 31, 2026

| | SEP 2025 | OCT 2025 | NOV 2025 | DEC 2025 | JAN 2026 | FEB 2026 | MAR 2026 | APR 2026 | MAY 2026 |
|---|---|---|---|---|---|---|---|---|---|
| **Long-term Liabilities** | | | | | | | | | |
| 430 Long-term business loans | | | | | | | | | |
| 431 Prepetition Secured - FUB | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 |
| 4311 FUB Post Petition Payments | | | -38,539.36 | -57,809.04 | -77,078.72 | -96,348.40 | -115,618.08 | -134,887.76 | -134,887.76 |
| 4312 FUB Rent TurnOver | | | | | | | | | -101,512.19 |
| **Total for 431 Prepetition Secured - FUB** | **2,850,000.00** | **2,850,000.00** | **2,811,460.64** | **2,792,190.96** | **2,772,921.28** | **2,753,651.60** | **2,734,381.92** | **2,715,112.24** | **2,613,600.05** |
| 432 Prepetition Secured - Unity Bank NJ | 206,984.92 | 206,105.56 | 206,105.56 | 204,393.38 | 204,393.38 | 202,712.38 | 201,693.79 | 200,826.90 | 199,899.71 |
| 433 Prepetion Secured - SimpleHM LLC | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 |
| 441 Prepetition Secured — Unity NonDebtor | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 |
| 434 Prepetion Secured - SBA Loan | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 |
| **Total for 430 Long-term business loans** | **3,797,132.91** | **3,796,253.55** | **3,757,714.19** | **3,736,732.33** | **3,717,462.65** | **3,696,511.97** | **3,676,223.70** | **3,656,087.13** | **3,553,647.75** |
| **Total for Long-term Liabilities** | **3,797,132.91** | **3,796,253.55** | **3,757,714.19** | **3,736,732.33** | **3,717,462.65** | **3,696,511.97** | **3,676,223.70** | **3,656,087.13** | **3,553,647.75** |
| **Total for Liabilities** | **3,973,643.66** | **3,972,764.30** | **3,935,601.93** | **3,914,620.07** | **3,895,350.39** | **3,874,399.71** | **3,854,111.44** | **3,833,974.87** | **3,731,535.49** |
| Equity | | | | | | | | | |
| 510 Prasad_Equity | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 |
| Opening balance equity | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retained Earnings | | | | | 95,201.84 | 95,201.84 | 95,201.84 | 95,201.84 | 95,201.84 |
| Net Income | 1,793.81 | 26,411.42 | 56,280.62 | 95,201.84 | 17,312.88 | 50,655.16 | 84,453.19 | 113,727.37 | 113,741.00 |
| **Total for Equity** | **2,422,733.49** | **2,447,351.10** | **2,477,220.30** | **2,516,141.52** | **2,533,454.40** | **2,566,796.68** | **2,600,594.71** | **2,629,868.89** | **2,629,882.52** |
| **Total for Liabilities and Equity** | **6,396,377.15** | **6,420,115.40** | **6,412,822.23** | **6,430,761.59** | **6,428,804.79** | **6,441,196.39** | **6,454,706.15** | **6,463,843.76** | **6,361,418.01** |

# PLAZA 106 LLC, Debtor-in-Possession

United States Bankruptcy Court, District of Utah · Case No. 25-25459 · Hon. Peggy Hunt

## Accounting of Rents Collected on First Utah Bank Collateral and Funds Remitted to the Bank

Addendum to the Monthly Operating Report for the period ending May 31, 2026 · reporting period 09/15/2025–05/31/2026

Prepared from the Debtor's QuickBooks records and the debtor-in-possession bank statements. All figures reconcile to the bank statements.

## A. Rents and Charges Collected on the Collateral (Millcreek, Suites A–D)

| Suite | Tenant(s) | Amount Collected |
|---|---|---|
| A | Valor & Veteran LLC (7 months, via Innago) + Spice Heaven LLC settlement | $45,000.00 |
| B | Makam / Munchkart Central LLC | $81,500.00 |
| C | Salt Lake Commissary | $115,718.01 |
| D | Coffee Bono LLC — no payments received (in default; eviction) | $0.00 |
| | **Rents and charges collected (Suites A–D)** | **$242,218.01** |
| | **Interest earned in Chase …8123 (subsequently remitted to the Bank)** | **$3.13** |
| | **TOTAL COLLATERAL INCOME** | **$242,221.14** |

## B. Funds Remitted to First Utah Bank and Paid on the Collateral

| Date | Description | Amount |
|---|---|---|
| 11/18/2025 | Adequate-protection payment — October 2025 | $19,269.68 |
| 11/18/2025 | Adequate-protection payment — November 2025 | $19,269.68 |
| 12/04/2025 | Adequate-protection payment — December 2025 (Ck 7001) | $19,269.68 |
| 01/12/2026 | Adequate-protection payment — January 2026 (Ck 7002) | $19,269.68 |
| 02/05/2026 | Adequate-protection payment — February 2026 (Ck 7003) | $19,269.68 |
| 03/12/2026 | Adequate-protection payment — March 2026 | $19,269.68 |
| 04/02/2026 | Adequate-protection payment — April 2026 | $19,269.68 |
| 05/20/2026 | Rent turnover to First Utah Bank — full account sweep (ACH) | $101,512.19 |
| | **Remitted to First Utah Bank** | **$236,399.95** |
| 01/23/2026 | Property tax on the collateral — Salt Lake County Treasurer | $18,218.44 |
| | **TOTAL FUNDS APPLIED** | **$254,618.39** |

The property tax shown above is not a payment to the Bank; it was paid on the Bank's collateral from the same account and is included so the account activity is complete.

## C. Reconciliation

| | Amount |
|---|---|
| **Prepetition cash given to First Utah Bank** | |
| First Utah …0565 — petition-date balance | $12,341.52 |
| Chase …0913 — petition-date balance | $158.75 |
| **Subtotal — prepetition cash** | **$12,500.27** |
| Collateral income collected (Section A) | $242,221.14 |
| **TOTAL GIVEN TO THE BANK (available)** | **$254,721.41** |
| Funds applied to and for the Bank (Section B) | $254,618.39 |
| Cash retained (…8123 $3.02 + First Utah …0565 $100.00) | $103.02 |
| **Total applied and retained** | **$254,721.41** |
| **DIFFERENCE** | **$0.00** |

"Cash retained" is the $3.02 ACH reserve in Chase …8123 and the $100.00 remaining in the First Utah …0565 account. Detail of the amounts collected appears in Schedule 1.

## Schedule 1 — Detailed Rents and CAM/NNN Collected (supporting Section A)

| Date | Tenant | Su. | Amount | Rent | CAM/NNN | Late Fee | Interest | QBO Fee |
|---|---|---|---|---|---|---|---|---|
| 10/10/2025 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 11/05/2025 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 12/03/2025 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 01/07/2026 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 02/06/2026 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 03/05/2026 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 04/03/2026 | Valor & Veteran LLC | A | $6,000.00 | $5,000.00 | $1,000.00 | | | |
| 01/30/2026 | Spice Heaven LLC | A | $2,000.00 | | | | | |
| 03/02/2026 | Spice Heaven LLC | A | $1,000.00 | | | | | |
| | **Suite A subtotal** | | $45,000.00 | $35,000.00 | $7,000.00 | | | |
| 10/22/2025 | Makam / Munchkart LLC | B | $10,500.00 | $8,000.00 | $2,500.00 | | | |
| 11/07/2025 | Makam / Munchkart LLC | B | $10,500.00 | $8,000.00 | $2,500.00 | | | |
| 11/07/2025 | Makam / Munchkart LLC | B | $10,500.00 | $8,000.00 | $2,500.00 | | | |
| 12/31/2025 | Makam / Munchkart LLC | B | $10,000.00 | $8,000.00 | $2,000.00 | | | |
| 01/30/2026 | Makam / Munchkart LLC | B | $10,000.00 | $8,000.00 | $2,000.00 | | | |
| 04/15/2026 | Makam / Munchkart LLC | B | $10,000.00 | $8,000.00 | $2,000.00 | | | |
| 04/15/2026 | Makam / Munchkart LLC | B | $10,000.00 | $8,000.00 | $2,000.00 | | | |
| 04/15/2026 | Makam / Munchkart LLC | B | $10,000.00 | $8,000.00 | $2,000.00 | | | |
| | **Suite B subtotal** | | $81,500.00 | $64,000.00 | $17,500.00 | | | |
| 09/16/2025 | Salt Lake Commissary | C | $39,000.00 | | | | | |
| 02/23/2026 | Salt Lake Commissary | C | $19,955.00 | $20,000.00 | | | | $45.00 |
| 03/12/2026 | Salt Lake Commissary | C | $11,000.00 | $10,000.00 | | $1,000.00 | | |
| 03/12/2026 | Salt Lake Commissary | C | $11,000.00 | $10,000.00 | | $1,000.00 | | |
| 03/12/2026 | Salt Lake Commissary | C | $11,000.00 | $10,000.00 | | $1,000.00 | | |
| 03/12/2026 | Salt Lake Commissary | C | $11,000.00 | $10,000.00 | | $1,000.00 | | |
| 03/12/2026 | Salt Lake Commissary | C | $12,763.01 | $10,000.00 | | $1,000.00 | $1,763.01 | |
| | **Suite C subtotal** | | $115,718.01 | $70,000.00 | | $5,000.00 | $1,763.01 | $45.00 |
| — | Coffee Bono LLC | D | $0.00 | | | | | |
| | **Suite D subtotal** | | $0.00 | | | | | |
| | **TOTAL RENTS & CHARGES (Suites A–D)** | | $242,218.01 | $169,000.00 | $24,500.00 | $5,000.00 | $1,763.01 | $45.00 |
| Various | Interest earned in Chase …8123 | — | $3.13 | | | | $3.13 | |
| | **TOTAL COLLATERAL INCOME** | | $242,221.14 | | | | | |

Notes: (1) The 09/16/2025 Salt Lake payment of $39,000.00 is a prepetition accounts-receivable paydown and is not split into current rent/CAM. (2) Spice Heaven payments ($3,000.00 total) are settlement payments on a prepetition balance. (3) The 02/23/2026 Salt Lake payment of $19,955.00 is $20,000.00 base rent less a $45.00 QuickBooks Payments processing fee.

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026
Account Number: ████████████ 2623



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00063887 DRE 602 141 15026 NNNNNNNNNNN T  1 000000000 61 0000

PLAZA 106 LLC
DEBTOR IN POSSESSION CASE 25-25459
1800 AIRPORT RD
PRICE UT 84501-3609

---

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,339.57** |
| Deposits and Additions | 4 | 10,110.00 |
| Electronic Withdrawals | 6 | -11,009.08 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **11** | **$425.49** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**

If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $440.49.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink$^{®}$ Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Orig CO Name:Innago LLC          Orig ID:945440567  Desc Date:      CO Entry Descr:Innago Licsec:CCD    Trace#:273976368162102 Eed:260505  Ind ID: Irwxmme5O          Ind Name:Plaza 106 LLC Trn: 1258162102Tc | $2,080.00 |
| 05/07 | Online Transfer From Chk ...3305 Transaction#: 29120357772 | 4,000.00 |
| 05/11 | Orig CO Name:Innago LLC          Orig ID:945440567  Desc Date:      CO Entry Descr:Innago Licsec:CCD    Trace#:273976368129094 Eed:260511    Ind ID: Irwxnn4Yn Ind Name:Plaza 106 LLC Trn: 1318129094Tc | 2,480.00 |
| 05/20 | Orig CO Name:Innago LLC          Orig ID:945440567  Desc Date:      CO Entry Descr:Innago Licsec:CCD    Trace#:273976364102156 Eed:260520    Ind ID: I2Yrppjey Ind Name:Plaza 106 LLC Trn: 1404102156Tc | 1,550.00 |
| **Total Deposits and Additions** | | **$10,110.00** |



May 01, 2026 through May 29, 2026

Account Number: ▮▮▮▮▮2623

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Orig CO Name:MT Olympus Impro     Orig ID:1876112182 Desc Date:     CO Entry Descr:Debits    Sec:Web    Trace#:124000053241971 Eed:260504   Ind ID:269283270 Ind Name:Prasad Reddy Trn: 1243241971Tc | $180.00 |
| 05/04 | Orig CO Name:Jordan Valley WA     Orig ID:1876011348 Desc Date:     CO Entry Descr:Debits    Sec:Web    Trace#:124000053240695 Eed:260504   Ind ID:269283103 Ind Name:Prasad Reddy Trn: 1243240695Tc | 76.28 |
| 05/06 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:260506 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000029088884 Eed:260506   Ind ID:3641899 Ind Name:Plaza 106 LLC Dip 800-446-8848 Trn: 1269088884Tc | 20.45 |
| 05/11 | Orig CO Name:Unity Bank        Orig ID:021210057  Desc Date:050526 CO Entry Descr:ACH      Sec:PPD    Trace#:021210058136792 Eed:260511   Ind ID: Ind Name:Chase Bank Trn: 1318136792Tc | 4,859.35 |
| 05/14 | Orig CO Name:The Cincinnati I     Orig ID:0000000160 Desc Date:260513 CO Entry Descr:Billpay  Sec:Web    Trace#:091000015624395 Eed:260514   Ind ID:The Cincinnati Ind Name:Plaza 106 LLC                                          Billpay Trn: 1345624395Tc | 1,873.00 |
| 05/27 | 05/27 Online ACH Payment 11221025478 To Simplehmllc (_#####2797) | 4,000.00 |
| **Total Electronic Withdrawals** | | **$11,009.08** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/29 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/04 | $1,083.29 |
| 05/05 | 3,163.29 |
| 05/06 | 3,142.84 |
| 05/07 | 7,142.84 |
| 05/11 | 4,763.49 |
| 05/14 | 2,890.49 |
| 05/20 | 4,440.49 |
| 05/27 | 440.49 |
| 05/29 | 425.49 |



May 01, 2026 through May 29, 2026

Account Number: ████████████**2623**



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE ⬡**

May 01, 2026 through May 29, 2026

Account Number:                      ████████████2623

This Page Intentionally Left Blank

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026
Account Number: ████████8123



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00064170 DRE 602 141 15026 NNNNNNNNNNN T  1 000000000 61 0000

PLAZA 106 LLC
DEBTOR IN POSSESSION CASE 25-25459
1800 AIRPORT RD
PRICE UT 84501-3609

## SAVINGS SUMMARY    Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$101,514.69** |
| Deposits and Additions | 1 | 0.52 |
| Electronic Withdrawals | 1 | -101,512.19 |
| **Ending Balance** | **2** | **$3.02** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.52 |
| Interest Paid Year-to-Date | | $2.34 |

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$101,514.69** |
| 05/20 | 05/20 Online ACH Payment 11220243003 To Fub2026 (_#####2495) | -101,512.19 | 2.50 |
| 05/29 | Interest Payment | **0.52** | 3.02 |
| | **Ending Balance** | | **$3.02** |

15 deposited items are provided with your account each month.  There is a $0.50 fee for each additional deposited item.



May 01, 2026 through May 29, 2026

Account Number: ■■■■■■■■■■■8123

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**