Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459<br>Chapter 11<br><br>Hon. Peggy Hunt |

**MOTION TO WITHDRAW AS COUNSEL**

Diaz & Larsen ("Counsel"), hereby move this Court for its Order allowing counsel to withdraw representation for Plaza 106, LLC. the Debtor and Debtor in Possession (the "Debtor") in the above-captioned bankruptcy case. Counsel bases this Motion upon the following:

1. The Debtor retained Counsel to represent the Debtor during the Debtor's bankruptcy case.

2. Counsel has worked diligently in all aspects of this case, including but not limited to, correspondence and communications with the Debtor, pursuing and defending all motions filed in this case, assisting the Debtor in the appointment of Special Counsel, assisting the Debtor in the filing of all monthly reports due up to and including May 2026, and filing a Disclosure Statement and proposed Plan of Reorganization.

3. The Debtor's communications with counsel have been sporadic at best.

4. It appears that the Debtor's focus in this case has turned toward its pending adversary proceeding against First Utah Bank rather than confirmation of a plan of reorganization.

5. Indeed, Counsel filed a proposed Disclosure Statement and Plan of Reorganization in February 2026 but has not been able to get the Debtor's cooperation in moving that plan forward toward confirmation.

6. Rather, recently the Debtor has requested that Counsel pursue additional matters with respect to the case none of which, in Counsel's opinion, will move the plan closer to confirmation.

7. In addition, although the Court has approved Counsel's First Interim Fee Application (**Dkt. No. 104**) in the amount of $60,566.46, for the period from September 15, 2025, up to and including March 6, 2026, other than the balance of its prepetition retainer (in the amount of $30,847.50) that was applied to those allowed fees and costs, the Debtor has not paid anything toward the balance of the allowed fees and costs. Counsel continues to provide services and incur costs with no reasonable expectation of receiving payment for such services and reimbursement of those costs.

8. NOTICE IS HEREBY GIVEN that pursuant to Local Rule 2091-2(b) if the Motion is granted and no notice of substitution of counsel is filed, the Debtor must file a notice of appearance within 21 days after entry of the order, unless otherwise ordered by the Court,

9. NOTICE IS FURTHER GIVEN that pursuant to Local Rule 2091-2 and 9011-2(a), no corporation, association, partnership, limited liability company or other artificial entity may appear pro se but must be represented by an attorney who is admitted to practice in this Court.

10. NOTICE IS FURTHER GIVEN that pursuant to Local Rule 2091-2, an unrepresented party who fails to appear within 21 days after entry of the order, or within the time otherwise required by the court, may be subject to sanction pursuant to Fed. R. Civ. P. 16(f)(1), including but not limited to dismissal or default judgment.

11. As set forth below, the Debtor has been notified in writing of this Motion as well as all pending hearings, deadlines, objections and remaining issues in the Chapter 11 bankruptcy case. At this time there are no pending hearings or objections scheduled in this case; the Debtor has not filed monthly reports for the months of June, July, August and September 2026, all of which are past due; and, pursuant to section 1121(d) of the Bankruptcy Code, the Debtor has a maximum of 20 months from the date of the order for relief in this case to get a plan confirmed, which based upon the Debtor's petition date of September 15, 2025, would run on May 15, 2027. Counsel is unaware of any other pending hearings, deadlines or objections pending in this case.

12. To the extent that there are deadlines, hearings and remaining issues in the adversary proceeding No. 26-02063, the Debtor continues to be represented by special counsel, who continues to apprise the Debtor of ongoing deadlines, hearings and remaining issues in that proceeding.

13. This Motion is without the Debtor's consent and is accompanied by a certification that the Debtor has been served with a copy of this Motion, including the written description of the status of the case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders and the possibilities of sanctions.

WHEREFORE, Counsel respectfully moves the Court for an Order allowing counsel to withdraw as counsel in the above captioned bankruptcy case in the form of the proposed Order Approving Withdrawal of Counsel, attached hereto and incorporated herein by reference.

**CERTIFICATION**

Counsel hereby certifies that a copy of this Motion to Withdraw as Counsel has been sent to the Debtor at the following address: **Plaza 106, LLC,** 3861 Spring Brook Lane, Lehi, UT 84043

DATED this 28th day of October 2026.

**DIAZ & LARSEN**

By: /s/ Andres Diaz
Attorneys for the Debtor in Possession

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served on the parties of record in this case, as identified below as registered CM/ECF users.

By Electronic Service:

- **Michael Ronald Brown** mbrown@parsonsbehle.com
- **Andres' Diaz** courtmail@adexpresslaw.com
- **John S. Gygi** john.gygi@sba.gov
- **Bradley C. Johnson** bcjohnson@saltlakecounty.gov, cabaker@saltlakecounty.gov
- **Timothy J. Larsen** tlarsen@adexpresslaw.com
- **James C. Lewis** jlewis@lewishansen.com, wendy@lewishansen.com
- **David Adam Miller** AMiller@slco.org, cabaker@saltlakecounty.gov
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Brian M. Rothschild tr** brothschild@parsonsbehle.com, ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com;cbmr11@trustesolutions.net
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Brody Valerga** brodyvalerga@gmail.com, brodyvalerga@gmail.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Zack L Winzeler** ecf@parsonsbehle.com, zwinzeler@parsonsbehle.com

By US Mail: I hereby also certify that the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served upon the other parties of record that did not receive this Motion as registered CM/ECF users in this case, as set forth in the matrix attached to the original only of this Motion.

/s/ Andres Diaz

Label Matrix for local noticing
1088-2
Case 25-25459
District of Utah
Salt Lake City
Tue Oct 27 14:40:49 MDT 2026

Ana Paulita and Santos Sucup Juarez
125 Main Street, 3rd Floor
Flemington, NJ 08822-1692

Bonnie M. Weir, Esq.
The Weir Law Firm, LLC
1170 US Highway 22 East, Ste. 205
Bridgewater, NJ 08807-2928

Michael Ronald Brown
Parsons Behle & Latimer
201 S. Main Street
Suite 1800
Salt Lake City, UT 84111-2218

CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Carbon County Treasurer
751 East 100 North
Suite #1100
Price, UT 84501-2752

CenCom.com, Inc.
8525 120th Ave. NE, Ste. 222
Kirkland, WA 98033-5811

Coffee Bono, LLC
894 East 3900 South, Ste. D
Salt Lake City, UT 84107-2447

Davids Flowers, LLC
4 Mine Street
Flemington, NJ 08822-1516

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

(p)FIRST UTAH BANK
115 EAST 1300 SOUTH
SUITE200
SALT LAKE CITY UTAH 84115-5472

First Utah Bank
c/o Michael R. Brown
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111-2218

Flemington Borough
38 Park Avenue
Flemington, NJ 08822-1396

John S. Gygi
125 South State
Room 2227
Salt Lake City, UT 84138-1195

IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Bradley C. Johnson
Deputy District Attorney
35 East 500 South
Salt Lake City, UT 84111-3200

Kervin Diaz
2 Mine Steet Apt. 2
Flemington, NJ 08822-1516

Kervin Diaz
2 Mine Street Apt. 1
Flemington, NJ 08822-1516

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

James C. Lewis
Lewis Hansen Waldo Pleshe Flanders LLC
230 South 500 East
Suite 380
Salt Lake City, UT 84102-2074

Michael Brown
Parsons Behle Latimer
201 South Main #1800
Salt Lake City, UT 84111-2218

David Adam Miller
Salt Lake County Dist. Attorney's Office
35 East 500 South
Salt Lake City, UT 84111-3200

MunchKart, LLC and Makam, LLC
894 East 3900 South, Suite B
Salt Lake City, UT 84107-2485

Oliver Fire Protection
501 Feheley Drive
King of Prussia, PA 19406-2611

Plaza 106, LLC
3861 Spring Brook Lane
Lehi, UT 84048-4253

Quisqueya Enterprises, LLC
Yesenia Rodriguez
2042 W Washington St
Apt A
Allentown PA 18104-4061

(p)MARK C ROSE
RAY QUINNEY & NEBEKER P C
KEY BANK TOWER
36 S STATE ST STE 1400
SALT LAKE CITY UT 84111-1451

Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111-2218

Salt Lake Commissary
894 East 3900 South, Suite C
Salt Lake City, UT 84107-2485

Salt Lake County Treasurer
2001 South State Street
#N1200
Salt Lake City, UT 84190-0001

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 South State Street #N1-200
PO Box 144575
Salt Lake City, UT 84114-4575

Simple HM, LLC
1393 Turnberry Drive
Syracuse, UT 84075-6848

(p)SIMPLE HARD MONEY LLC
ATTN JEREMY ROYLANCE
318 EAST FISH HATCHERY ROAD
MANTUA UT 84324-4413

U.S. Small Business Administration
Utah District Office
125 South State St, Room 2227
Salt Lake City, UT 84138-1195

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

U.S. Small Business Administration
c/o District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

US SBA-Office of District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

(p)UNITY BANK
ATTN NYLBA QUINONES
64 OLD HIGHWAY 22
CLIFTON NJ 08809-1386

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134-9000

Brody Valerga
Valerga LLP
395 S Main St
Suite 201
Alpine, UT 84004-2050

Valor & Veteran, LLC
894 East 3900 South, Sutie A
Salt Lake City, UT 84107

Melinda Willden tr
US Trustees Office
Washington Federal Bank Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Utah Bank
3826 South 2300 East
Salt Lake City, UT 84109

Mark C. Rose
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Simple Hard Money LLC
318 East Fish Hatchery Road
Mantua, Utah 84324

Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

(d)Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Utah Bank

(u)Simple Hard Money LLC

End of Label Matrix
Mailable recipients 42
Bypassed recipients 2
Total 44

Exhibit A

*Proposed and Submitted by:*
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459<br>Chapter 11<br><br>Hon. Peggy Hunt |

**ORDER APPROVING WITHDRAWAL OF COUNSEL**

Pursuant to the Motion to Withdraw as Counsel under Local Rule 2091-2(b)(1)(A), and for good cause appearing the Court hereby **ORDERS** as follows:

1. Diaz & Larsen ("Counsel"), may withdraw as counsel of record for Plaza 106, LLC (the "Client")

2. With regard to Client's continued representation, the Court Orders as follows:

(a) Client or new counsel for Client must file a Notice of Appearance within 21 days after the entry of this order. Pursuant to Local Rule 9011-2(a), no corporation, association, partnership, limited liability company or other artificial entity may appear *pro se* but must be represented by an attorney who is admitted to practice before this

Court.

(b) If the Client fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, the Court will deem such party to be proceeding *per se*, and such party may be subject to sanctions under Fed. R. Civ. P. 16(f)(1), including but not limited to dismissal or entry of a default judgment.

(c) With regard to scheduling, the Court orders as follows: All litigation dates pursuant to the current scheduling order remain in effect.

DATED this ___th day of November 2026.

**DIAZ & LARSEN**

By: /s/ Andres Diaz
Attorneys for the Debtor in Possession

**DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDERSCERTIFICATE OF SERVICE**

Service of the foregoing ORDER APPROVING WITHDRAWAL OF COUNSELI hereby certify that the foregoing **MOTION TO WITHDRAW AS COUNSEL** Shall be served on the parties in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- **Michael Ronald Brown** mbrown@parsonsbehle.com
- **Andres' Diaz** courtmail@adexpresslaw.com
- **John S. Gygi** john.gygi@sba.gov
- **Bradley C. Johnson** bcjohnson@saltlakecounty.gov, cabaker@saltlakecounty.gov
- **Timothy J. Larsen** tlarsen@adexpresslaw.com
- **James C. Lewis** jlewis@lewishansen.com, wendy@lewishansen.com
- **David Adam Miller** AMiller@slco.org, cabaker@saltlakecounty.gov
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Brian M. Rothschild tr** brothschild@parsonsbehle.com, ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com;cbmr11@trustesolutions.net
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Brody Valerga** brodyvalerga@gmail.com, brodyvalerga@gmail.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Zack L Winzeler** ecf@parsonsbehle.com, zwinzeler@parsonsbehle.com

**By US Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties as set forth in the matrix attached to the original only of this Order should be served notice pursuant to Fed. R. Civ. P. 5(b).

/s/ Andres Diaz