Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 E. South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459<br>Chapter 11<br><br>FILED ELECTRONICALLY<br><br>Hon. Peggy Hunt |

**NOTICE OF HEARING REGARDING DEBTOR'S GENERAL COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

**Hearing Date: December 15, 2026, at 1:30 p.m.**

**Objection Deadline: November 16, 2026**

**NOTICE IS HEREBY GIVEN** that the **MOTION TO WITHDRAW AS COUNSEL** (the "Motion") filed by Diaz & Larsen, general counsel for the Debtor and Debtor in Possession, Plaza 106, LLC (the "Debtor"), is scheduled for hearing on **December 15, 2026, at 1:30 p.m.** before the Honorable Chief Judge Peggy Hunt. The hearing, if held, will be a Zoom video meeting. Movant is requesting Court approval to withdraw as general counsel for the Debtor based upon, among other things, the Debtor's failure to assist counsel in moving the case forward to confirmation, the sporadic communication of the Debtor with counsel, and the Debtor's apparent

inability to compensate counsel for services rendered and costs incurred.

Parties who wish to participate in the hearing should consult the bankruptcy court's website at https://www.utb.uscourts.gov/preparing-participate-zoomgov-video-hearing for the most up-to-date information regarding video participation at a hearing. At the time of this Notice, parties wishing to participate in hearings held before the Honorable Chief Judge Peggy Hunt should join via Zoom number below at least 10 minutes before the scheduled date and time for the hearing: Judge Hunt (PH) Meeting ID: 161 4747 8650 Passcode/Participant ID: 9671833. If you are unable to connect via Zoom, you may call into the hearing by dialing 16692545252, with Passcode/Participant ID: 9671833.

If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **November 16, 2026**, you or your attorney must file with the Court a written response or objection to the Motion explaining your position and must attend the hearing scheduled for **December 15, 2026, at 1:30 p.m.** The Court's filing address is Frank E. Moss Federal Courthouse, 350 South Main Street, Salt Lake City, UT 84101. You must also mail a copy of your response to Andres Diaz, 757 East South Temple, Suite 201, Salt Lake City, UT 84102.

**In the absence of a timely objection or response or of a timely request for a hearing, the foregoing Motion may be granted without a hearing, pursuant to 11 U.S.C. § 102(1).**

DATED this 28th day of October 2026.

**DIAZ & LARSEN**

By: /s/ Andres Diaz
Attorneys for the Debtor in Possession

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF HEARING OF DEBTOR'S GENERAL COUNSEL'S MOTION TO WITHDRAW AS COUNSEL** was served on the parties of record in this case, as identified below as registered CM/ECF users.

By Electronic Service:

- **Michael Ronald Brown** mbrown@parsonsbehle.com
- **Andres' Diaz** courtmail@adexpresslaw.com
- **John S. Gygi** john.gygi@sba.gov
- **Bradley C. Johnson** bcjohnson@saltlakecounty.gov, cabaker@saltlakecounty.gov
- **Timothy J. Larsen** tlarsen@adexpresslaw.com
- **James C. Lewis** jlewis@lewishansen.com, wendy@lewishansen.com
- **David Adam Miller** AMiller@slco.org, cabaker@saltlakecounty.gov
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Brian M. Rothschild tr** brothschild@parsonsbehle.com, ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com;cbmr11@trustesolutions.net
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Brody Valerga** brodyvalerga@gmail.com, brodyvalerga@gmail.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Zack L Winzeler** ecf@parsonsbehle.com, zwinzeler@parsonsbehle.com

By US Mail: I hereby also certify that the foregoing **NOTICE OF HEARING OF DEBTOR'S GENERAL COUNSEL'S MOTION TO WITHDRAW AS COUNSEL** was served upon the other parties of record that did not receive this NOTICE as registered CM/ECF users in this case, as set forth in the matrix attached to the original only of this NOTICE.

/s/ Andres Diaz

Label Matrix for local noticing
1088-2
Case 25-25459
District of Utah
Salt Lake City
Tue Oct 27 14:40:49 MDT 2026

Ana Paulita and Santos Sucup Juarez
125 Main Street, 3rd Floor
Flemington, NJ 08822-1692

Bonnie M. Weir, Esq.
The Weir Law Firm, LLC
1170 US Highway 22 East, Ste. 205
Bridgewater, NJ 08807-2928

Michael Ronald Brown
Parsons Behle & Latimer
201 S. Main Street
Suite 1800
Salt Lake City, UT 84111-2218

CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Carbon County Treasurer
751 East 100 North
Suite #1100
Price, UT 84501-2752

CenCom.com, Inc.
8525 120th Ave. NE, Ste. 222
Kirkland, WA 98033-5811

Coffee Bono, LLC
894 East 3900 South, Ste. D
Salt Lake City, UT 84107-2447

Davids Flowers, LLC
4 Mine Street
Flemington, NJ 08822-1516

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

(p)FIRST UTAH BANK
115 EAST 1300 SOUTH
SUITE200
SALT LAKE CITY UTAH 84115-5472

First Utah Bank
c/o Michael R. Brown
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111-2218

Flemington Borough
38 Park Avenue
Flemington, NJ 08822-1396

John S. Gygi
125 South State
Room 2227
Salt Lake City, UT 84138-1195

IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Bradley C. Johnson
Deputy District Attorney
35 East 500 South
Salt Lake City, UT 84111-3200

Kervin Diaz
2 Mine Steet Apt. 2
Flemington, NJ 08822-1516

Kervin Diaz
2 Mine Street Apt. 1
Flemington, NJ 08822-1516

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

James C. Lewis
Lewis Hansen Waldo Pleshe Flanders LLC
230 South 500 East
Suite 380
Salt Lake City, UT 84102-2074

Michael Brown
Parsons Behle Latimer
201 South Main #1800
Salt Lake City, UT 84111-2218

David Adam Miller
Salt Lake County Dist. Attorney's Office
35 East 500 South
Salt Lake City, UT 84111-3200

MunchKart, LLC and Makam, LLC
894 East 3900 South, Suite B
Salt Lake City, UT 84107-2485

Oliver Fire Protection
501 Feheley Drive
King of Prussia, PA 19406-2611

Plaza 106, LLC
3861 Spring Brook Lane
Lehi, UT 84048-4253

Quisqueya Enterprises, LLC
Yesenia Rodriguez
2042 W Washington St
Apt A
Allentown PA 18104-4061

(p)MARK C ROSE
RAY QUINNEY & NEBEKER P C
KEY BANK TOWER
36 S STATE ST STE 1400
SALT LAKE CITY UT 84111-1451

Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111-2218

Salt Lake Commissary
894 East 3900 South, Suite C
Salt Lake City, UT 84107-2485

Salt Lake County Treasurer
2001 South State Street
#N1200
Salt Lake City, UT 84190-0001

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 South State Street #N1-200
PO Box 144575
Salt Lake City, UT 84114-4575

Simple HM, LLC
1393 Turnberry Drive
Syracuse, UT 84075-6848

(p)SIMPLE HARD MONEY LLC
ATTN JEREMY ROYLANCE
318 EAST FISH HATCHERY ROAD
MANTUA UT 84324-4413

U.S. Small Business Administration
Utah District Office
125 South State St, Room 2227
Salt Lake City, UT 84138-1195

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

U.S. Small Business Administration
c/o District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

US SBA-Office of District Counsel
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

(p)UNITY BANK
ATTN NYLBA QUINONES
64 OLD HIGHWAY 22
CLIFTON NJ 08809-1386

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134-9000

Brody Valerga
Valerga LLP
395 S Main St
Suite 201
Alpine, UT 84004-2050

Valor & Veteran, LLC
894 East 3900 South, Sutie A
Salt Lake City, UT 84107

Melinda Willden tr
US Trustees Office
Washington Federal Bank Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Utah Bank
3826 South 2300 East
Salt Lake City, UT 84109

Mark C. Rose
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Simple Hard Money LLC
318 East Fish Hatchery Road
Mantua, Utah 84324

Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

(d)Unity Bank
64 Old Hwy 22
Clinton, NJ 08809

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Utah Bank

(u)Simple Hard Money LLC

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 42 |
| Bypassed recipients | 2 |
| Total | 44 |