# Plaza 106 LLC DIP

Balance Sheet

As of Jul 31, 2026

| | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | |
| Bank Accounts | | | | | | | | | | | |
| 310 Chase_2623 | 40,925.79 | 46,954.00 | 53.42 | 13,552.07 | 5,373.06 | 1,561.14 | 629.98 | 1,339.57 | 425.49 | 16,610.68 | 3,592.54 |
| 320 Chase_8123 | 158.75 | 20,253.90 | 56,361.31 | 43,092.02 | 33,604.23 | 40,289.74 | 84,783.67 | 101,514.69 | 3.02 | 3.02 | 3.02 |
| 330 Chase_1689 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 340 Chase_0913 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 350 FirstUtha_0565 | 12,341.52 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 360 UnityBK_2118 | 7,853.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Bank Accounts** | **61,279.65** | **67,307.90** | **56,514.73** | **56,744.09** | **39,077.29** | **41,950.88** | **85,513.65** | **102,954.26** | **528.51** | **16,713.70** | **3,695.56** |
| Accounts Receivable | | | | | | | | | | | |
| Accounts receivable | 104,250.00 | 121,960.00 | 125,460.00 | 143,170.00 | 158,880.00 | 168,398.01 | 138,345.00 | 130,042.00 | 130,042.00 | 130,042.00 | 130,042.00 |
| **Total Accounts Receivable** | **104,250.00** | **121,960.00** | **125,460.00** | **143,170.00** | **158,880.00** | **168,398.01** | **138,345.00** | **130,042.00** | **130,042.00** | **130,042.00** | **130,042.00** |
| Other Current Assets | | | | | | | | | | | |
| 370 Retainer in Trust — Diaz & Larsen (Estate Asset) | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 | 30,847.50 |
| **Total Other Current Assets** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** | **30,847.50** |
| **Total Current Assets** | **196,377.15** | **220,115.40** | **212,822.23** | **230,761.59** | **228,804.79** | **241,196.39** | **254,706.15** | **263,843.76** | **161,418.01** | **177,603.20** | **164,585.06** |
| Fixed Assets | | | | | | | | | | | |
| 380 Fixed Assets | | | | | | | | | | | |
| 381 UT_Millcreek Building | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 |
| 382 NJ_125 Main Street | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 | 1,200,000.00 |
| 383 UT_Price Building | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 |
| **Total for 380 Fixed Assets** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** |
| **Total Fixed Assets** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** | **6,200,000.00** |
| **Total Assets** | **6,396,377.15** | **6,420,115.40** | **6,412,822.23** | **6,430,761.59** | **6,428,804.79** | **6,441,196.39** | **6,454,706.15** | **6,463,843.76** | **6,361,418.01** | **6,377,603.20** | **6,364,585.06** |
| Liabilities and Equity | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | |
| Accounts payable | 131.98 | 131.98 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 | 1,508.97 |
| **Total Accounts Payable** | **131.98** | **131.98** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** | **1,508.97** |
| Other Current Liabilities | | | | | | | | | | | |
| 420 Prepetition Unsecured Claims | | | | | | | | | | | |
| 425 Utah Eviction Law | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 | 499.11 |
| 421 The Weir Law Firm LLC | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 | 36,575.00 |
| 422 CenCom.com, Inc. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| 423 Flemington Borough | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 |

# Plaza 106 LLC DIP

Balance Sheet
As of Jul 31, 2026

| | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 Oliver Fire Protection | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 | 820.00 |
| **Total for 420 Prepetition Unsecured Claims** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** | **87,894.11** |
| Prepetition Secured — Property Taxes | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 | 88,484.66 |
| **Total Other Current Liabilities** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** | **176,378.77** |
| **Total Current Liabilities** | **176,510.75** | **176,510.75** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** | **177,887.74** |
| Long-term Liabilities | | | | | | | | | | | |
| 430 Long-term business loans | | | | | | | | | | | |
| 431 Prepetition Secured - FUB | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 | 2,850,000.00 |
| 4311 FUB Post Petition Payments | | | -38,539.36 | -57,809.04 | -77,078.72 | -96,348.40 | -115,618.08 | -134,887.76 | -134,887.76 | -134,887.76 | -134,887.76 |
| 4312 FUB Rent TurnOver | | | | | | | | | -101,512.19 | -101,512.19 | -101,512.19 |
| **Total for 431 Prepetition Secured - FUB** | **2,850,000.00** | **2,850,000.00** | **2,811,460.64** | **2,792,190.96** | **2,772,921.28** | **2,753,651.60** | **2,734,381.92** | **2,715,112.24** | **2,613,600.05** | **2,613,600.05** | **2,613,600.05** |
| 432 Prepetition Secured - Unity Bank NJ | 206,984.92 | 206,105.56 | 206,105.56 | 204,393.38 | 204,393.38 | 202,712.38 | 201,693.79 | 200,826.90 | 199,899.71 | 199,018.02 | 198,077.00 |
| 433 Prepetion Secured - SimpleHM LLC | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 |
| 441 Prepetition Secured — Unity NonDebtor | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 | 290,247.99 |
| 434 Prepetion Secured - SBA Loan | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 | 49,900.00 |
| **Total for 430 Long-term business loans** | **3,797,132.91** | **3,796,253.55** | **3,757,714.19** | **3,736,732.33** | **3,717,462.65** | **3,696,511.97** | **3,676,223.70** | **3,656,087.13** | **3,553,647.75** | **3,552,766.06** | **3,551,825.04** |
| **Total Long-term Liabilities** | **3,797,132.91** | **3,796,253.55** | **3,757,714.19** | **3,736,732.33** | **3,717,462.65** | **3,696,511.97** | **3,676,223.70** | **3,656,087.13** | **3,553,647.75** | **3,552,766.06** | **3,551,825.04** |
| **Total Liabilities** | **3,973,643.66** | **3,972,764.30** | **3,935,601.93** | **3,914,620.07** | **3,895,350.39** | **3,874,399.71** | **3,854,111.44** | **3,833,974.87** | **3,731,535.49** | **3,730,653.80** | **3,729,712.78** |
| Equity | | | | | | | | | | | |
| 510 Prasad_Equity | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 | 2,420,939.68 |
| 511 Debtor in Possession Contribution | | | | | | | | | | 15,000.00 | 15,000.00 |
| Opening balance equity | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retained Earnings | | | | | 95,201.84 | 95,201.84 | 95,201.84 | 95,201.84 | 95,201.84 | 95,201.84 | 95,201.84 |
| Net Income | 1,793.81 | 26,411.42 | 56,280.62 | 95,201.84 | 17,312.88 | 50,655.16 | 84,453.19 | 113,727.37 | 113,741.00 | 115,807.88 | 103,730.76 |
| **Total Equity** | **2,422,733.49** | **2,447,351.10** | **2,477,220.30** | **2,516,141.52** | **2,533,454.40** | **2,566,796.68** | **2,600,594.71** | **2,629,868.89** | **2,629,882.52** | **2,646,949.40** | **2,634,872.28** |
| **Total Liabilities and Equity** | **6,396,377.15** | **6,420,115.40** | **6,412,822.23** | **6,430,761.59** | **6,428,804.79** | **6,441,196.39** | **6,454,706.15** | **6,463,843.76** | **6,361,418.01** | **6,377,603.20** | **6,364,585.06** |

# Plaza 106 LLC DIP

Profit and Loss

September, 2025-July, 2026

| | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | |
| 100 Income | | | | | | | | | | | | |
| 101 Rent Income | 1,945.79 | 40,410.00 | 30,950.00 | 48,330.00 | 33,690.00 | 44,170.00 | 34,650.00 | 36,172.00 | 10,110.00 | 10,610.00 | 10,110.00 | 301,147.79 |
| 102 CAM Income | | 7,150.00 | 7,515.50 | 6,650.00 | 6,650.00 | 6,650.00 | 6,650.00 | 5,635.00 | | | | 46,900.50 |
| 103 Late Fee Income | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | | | 6,000.00 |
| 104 Interest Income | | 0.04 | 0.36 | 0.39 | 0.33 | 1,763.20 | 0.60 | 0.70 | 0.52 | | | 1,766.14 |
| **Total for 100 Income** | **1,945.79** | **48,560.04** | **39,465.86** | **55,980.39** | **41,340.33** | **53,583.20** | **42,300.60** | **41,807.70** | **10,110.52** | **10,610.00** | **10,110.00** | **$355,814.43** |
| **Total Income** | **1,945.79** | **48,560.04** | **39,465.86** | **55,980.39** | **41,340.33** | **53,583.20** | **42,300.60** | **41,807.70** | **10,110.52** | **10,610.00** | **10,110.00** | **$355,814.43** |
| **Gross Profit** | **1,945.79** | **48,560.04** | **39,465.86** | **55,980.39** | **41,340.33** | **53,583.20** | **42,300.60** | **41,807.70** | **10,110.52** | **10,610.00** | **10,110.00** | **$355,814.43** |
| Expenses | | | | | | | | | | | | |
| 231 Utilities | | **4,229.25** | **2,083.67** | **5,037.65** | **3,063.01** | **2,869.23** | **646.81** | **4,526.06** | **256.28** | **76.01** | **1,488.67** | **$24,276.64** |
| 232 Repairs & Maintenance | | | | | 850.00 | 300.00 | | | | | | 1,150.00 |
| 233 Insurance | | 6,531.00 | 1,871.00 | | 1,896.00 | | | | 1,873.00 | | | 12,171.00 |
| 234 Interest Paid | | 5,638.84 | 4,000.00 | 7,324.22 | | 11,355.40 | 5,499.61 | 5,651.31 | 5,591.01 | 5,636.51 | 5,577.18 | 56,274.08 |
| 235 Bank Charges | 20.00 | 9.95 | 15.00 | 15.00 | | 24.99 | 15.00 | 15.00 | 35.45 | 15.00 | | 165.39 |
| 236 Dues & Subscriptions | | | | | | 570.00 | | | | 20.45 | 20.45 | 610.90 |
| 237 Legal & Professional Fees | 131.98 | | 1,376.99 | | | | | | | | | 1,508.97 |
| 238 Property Tax | | | | | 18,218.44 | | | | | | 12,141.15 | 30,359.59 |
| 239 NJ Property Escrow | | 7,533.39 | | 4,682.30 | | 4,682.30 | 2,341.15 | 2,341.15 | 2,341.15 | 2,341.15 | 2,341.15 | 28,603.74 |
| 245 Ch 11 Expenses | | | 250.00 | | | 439.00 | | | | 454.00 | 618.52 | 1,761.52 |
| **Total Expenses** | **151.98** | **23,942.43** | **9,596.66** | **17,059.17** | **24,027.45** | **20,240.92** | **8,502.57** | **12,533.52** | **10,096.89** | **8,543.12** | **22,187.12** | **$156,881.83** |
| **Net Operating Income** | **1,793.81** | **24,617.61** | **29,869.20** | **38,921.22** | **17,312.88** | **33,342.28** | **33,798.03** | **29,274.18** | **13.63** | **2,066.88** | **-12,077.12** | **$198,932.60** |
| **Net Income** | **1,793.81** | **24,617.61** | **29,869.20** | **38,921.22** | **17,312.88** | **33,342.28** | **33,798.03** | **29,274.18** | **13.63** | **2,066.88** | **-12,077.12** | **$198,932.60** |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: XXXXXXXXXXX2623

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00064901 DRE 602 141 21326 NNNNNNNNNNN T 1 000000000 61 0000
PLAZA 106 LLC
DEBTOR IN POSSESSION CASE 25-25459
1800 AIRPORT RD
PRICE UT 84501-3609

00649010101000000021

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$16,610.68** |
| Deposits and Additions | 3 | 10,110.00 |
| Electronic Withdrawals | 6 | -23,128.14 |
| **Ending Balance** | **9** | **$3,592.54** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking(SM) account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:

- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $2,101.06.
- $2,000 Chase Payment Solutions(SM) Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:

- Maintain a linked Chase Private Client Checking(SM) account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Online Transfer From Chk ...3305 Transaction#: 29853288905 | $4,000.00 |
| 07/08 | Orig CO Name:Innago LLC Orig ID:945440567 Desc Date: CO Entry Descr:Innago Llcsec:CCD Trace#:273976365894265 Eed:260708 Ind ID: Iomavmj4N Ind Name:Plaza 106 LLC Trn: 1895894265Tc | 3,630.00 |
| 07/14 | Orig CO Name:Innago LLC Orig ID:945440567 Desc Date: CO Entry Descr:Innago Llcsec:CCD Trace#:273976360022160 Eed:260714 Ind ID: Ikz2Poxwz Ind Name:Plaza 106 LLC Trn: 1950022160Tc | 2,480.00 |
| **Total Deposits and Additions** | | **$10,110.00** |

CHASE

July 01, 2026 through July 31, 2026
Account Number: XXXXXXXXXXX2623

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Orig CO Name:Carbon County UT Orig ID:0000122020 Desc Date: CO Entry Descr:Carboncounsec:Web Trace#:091408592232795 Eed:260701 Ind ID: Ind Name:Plaza 106 LLC 800.764.0844 Trn: 1822232795Tc | $12,141.15 |
| 07/01 | Orig CO Name:Borough of Flemi Orig ID:0000079161 Desc Date: CO Entry Descr:9087828840Sec:Web Trace#:242071757298794 Eed:260701 Ind ID:3923579312 Ind Name:Prasad Reddy Flemingtonborough Trn: 1827298794Tc | 1,488.67 |
| 07/06 | Orig CO Name:Unity Bank Orig ID:021210057 Desc Date:070326 CO Entry Descr:ACH Sec:PPD Trace#:021210053790014 Eed:260706 Ind ID: Ind Name:Chase Bank Trn: 1873790014Tc | 4,859.35 |
| 07/06 | Orig CO Name:Intuit * Orig ID:0000756346 Desc Date:260705 CO Entry Descr:Qbooks Onlsec:CCD Trace#:021000029025370 Eed:260706 Ind ID:4951914 Ind Name:Plaza 106 LLC Dip 800-446-8848 Trn: 1879025370Tc | 20.45 |
| 07/27 | 07/27 Online ACH Payment 11229472262 To Simplehmllc (_#####2797) | 4,000.00 |
| 07/28 | Orig CO Name:Quarterly Fee Orig ID:1501000502 Desc Date:260727 CO Entry Descr:Payment Sec:CCD Trace#:041036042425337 Eed:260728 Ind ID:0000 Ind Name:Plaza 106 LLC Dip ACH Transaction Trn: 2092425337Tc | 618.52 |
| **Total Electronic Withdrawals** | | **$23,128.14** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/01 | $2,980.86 |
| 07/02 | 6,980.86 |
| 07/06 | 2,101.06 |
| 07/08 | 5,731.06 |
| 07/14 | 8,211.06 |
| 07/27 | 4,211.06 |
| 07/28 | 3,592.54 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Not Mailed Due To Inactivity

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: XXXXXXXXXXX8123

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00002125 DRE 602 081 21326 NNNNNNNNNNN 1 000000000 61 0000
PLAZA 106 LLC
DEBTOR IN POSSESSION CASE 25-25459
1800 AIRPORT RD
PRICE UT 84501-3609

00021250101000000021

## SAVINGS SUMMARY

Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3.02** |
| **Ending Balance** | **0** | **$3.02** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $2.34 |

The monthly service fee for this account was waived as an added feature of a linked Chase Business Complete Checking account.

15 deposited items are provided with your account each month. There is a $0.50 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

This Page Intentionally Left Blank