**Nagendra Prasad Reddy**
Manager, Plaza 106, LLC
3861 N Springbrook Ln
Lehi, UT 84048
Telephone: (414) 687-3000
Email: Prasad.Reddy@CarePhysician.com
Debtor in Possession, by its Manager

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In Re: PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459<br><br>Chapter 11<br><br>Hon. Peggy Hunt |

**DECLARATION OF NAGENDRA PRASAD REDDY REGARDING MOTION TO WITHDRAW AS COUNSEL (DKT. NO. 125)**

I, Nagendra Prasad Reddy, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am Nagendra Prasad Reddy, the Manager of Plaza 106, LLC, the Debtor and Debtor in Possession in the above-captioned case (the "Debtor"). I submit this Declaration so that the Debtor's position regarding the Motion to Withdraw as Counsel (Dkt. No. 125) (the "Motion") is before the Court.

2. The Debtor does not oppose counsel's withdrawal in principle, and asks only that the order include the transition terms in paragraph 5 below.

3. Paragraph 11 of the Motion stated that monthly operating reports for June, July, August, and September 2026 had not been filed. Those four reports were delivered by the Debtor on October 29–30, 2026 and have now been filed. The Debtor is current on all monthly operating reports through September 2026.

4. With respect to the allowed fees and costs under the Court's order approving counsel's First Interim Fee Application (Dkt. No. 104), the Debtor intends to pay at least $15,000.00 of the outstanding allowed balance on or before November 30, 2026, and the remaining balance on or before February 15, 2027. The Debtor reserves all rights under 11 U.S.C. § 330 with respect to counsel's final application for compensation.

5. The Debtor has begun identifying successor general bankruptcy counsel and anticipates an application under 11 U.S.C. § 327(a) by the end of January 2027. Because of the size and complexity of this case — including a pending adversary proceeding and a plan and disclosure statement that will require amendment — successor counsel will need a reasonable period to be retained and become familiar with the case. The Debtor therefore respectfully requests that any order granting the Motion provide: (a) that withdrawal is effective upon the appearance of substitute counsel or sixty (60) days after entry of the order, whichever occurs first; (b) that counsel deliver the Debtor's complete client file within seven (7) days after the effective date; and (c) that paragraph 2(c) of the proposed order not affect the schedule in Adversary Proceeding No. 26-02063, in which the Debtor is represented by special counsel.

6. If it would assist the Court, I respectfully request an opportunity to be heard briefly at the hearing on the Motion scheduled for December 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026, at Lehi, Utah.

*Nagendra Prasad Reddy*

________________________________

Nagendra Prasad Reddy
Manager, Plaza 106, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, the foregoing DECLARATION OF NAGENDRA PRASAD REDDY REGARDING MOTION TO WITHDRAW AS COUNSEL (DKT. NO. 125) was served on all parties of record that are registered CM/ECF users via the Court's CM/ECF system upon filing, and by email upon counsel for the movant at courtmail@adexpresslaw.com.

Nagendra Prasad Reddy

Nagendra Prasad Reddy
Manager, Plaza 106, LLC